Case Number

ID  YR  NUMBER
(To be completed
by Court Clerk)

RECEIVED

# IN FORMA PAUPERIS DECLARATION

<u>United States, District Court for the middle District of Ala.</u>
[Insert appropriate court]

<u>Douglas E. Stevenson</u>
(Petitioner) pro se

2:06cv898-MEF

vs.

<u>Gwendoly Mosley, et al</u>
(Respondent(s))

DECLARATION IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

I, _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No ✓

    a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    _____

    b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

    _____

    _____

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession, or other form of self-employment?
       Yes _____    No ✓

    b. Rent payments, interest, or dividends?
       Yes _____    No ✓

    c. Pensions, annuities, or life insurance payments?
       Yes _____    No ✓

    d. Gifts or inheritances?
       Yes _____    No ✓

    e. Any other sources?
       Yes _____    No ✓

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____        No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____        No __✓__

   If the answer is "yes", describe the property and state its approximate value.

   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____
   _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____     _____
              (Date)                           *Darryl E. Stevenson*
                                         Signature of Petitioner, *Pro Se*

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ _____ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _____ institution:

_____
_____
_____

_____
     DATE

                                         _____
                                         AUTHORIZED OFFICER OF INSTITUTION

Rule 32

3

```
SEP. 22, 2006              USER: YOLANDA GOVAN                          INMADB
                       COMPUTE AVERAGE DAILY BALANCE




              ENTER THE INMATE'S AIS NUMBER ===>    228063

         ENTER THE 'AS OF' DATE (CCYYMMDD) ===>    20060922


              NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                       PRESS ENTER TO CONTINUE
```