**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Gwendolyn Mosley
Warden
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2613

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 10/11/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv 898 order
Proc + petition

Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? ☐ Yes

2. Article Number (Transfer from service) 7005 1820 0002 3461 0386

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540