

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   Date of Delivery

12/06

Troy King
Attorney General for the State of AL
11 S. Union Street
Montgomery, AL  36101

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

06 CV 8C
Proc ...

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0012 3461 0393

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540