IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS E. STEVENSON, AIS# 228063, | ) | |
| Petitioner, | ) | |
| VS. | ) | CIVIL ACTION NO. 1:06-CV-898-MEF |
| GWENDOLYN MOSLEY, et al., | ) | |
| Respondents. | ) | |

**RESPONDENTS' ANSWER TO COURT'S ORDER TO SHOW CAUSE**

Come now Respondents, by and through the Attorney General of the State of Alabama, and file their response to this Court's Order to Show Cause dated October 10, 2006, giving the Respondents 20 days in which to file a response to the Petition for Writ of Habeas Corpus filed by the Petitioner, Douglas E. Stevenson. In response, Respondents file the following answer, memorandum, and brief.

## PROCEDURAL HISTORY

1. On March 11, 1996, Stevenson pleaded guilty to one count of receiving stolen property and four counts of possession of forged instruments and was sentenced to five concurrent 15-year terms of imprisonment. Petition, p. 2. Stevenson did not directly appeal his convictions. State's Exhibits A through E.

2. Stevenson filed a petition for post-conviction relief pursuant to Rule 32 of the Alabama Rules of Criminal Procedure on September 9, 2003. State's Exhibits A through E. The trial court's denial of this petition was affirmed by the Alabama Court of Criminal Appeals on January 23, 2004. State's Exhibits A through F. That court issued its certificate of judgment on February 11, 2004. State's Exhibit F.

3. Stevenson filed another series of Rule 32 petitions -- two on May 5, 2005 attacking his receiving stolen property conviction, another on June 9, 2005 attacking his convictions for possession of forged instrument, and another on September 15, 2005 attacking his possession convictions. State's Exhibits A through E. These petitions were either dismissed or denied. Id.

## STEVENSON'S FEDERAL HABEAS CLAIMS

4. On September 28, 2006, Stevenson filed a writ of habeas corpus petition raising the following claims:

(1) He was being held in prison past his release date due to false information in his prison file;

(2) He received ineffective assistance of counsel and the State failed to give him proper notice of its intent to enhance his sentence under the Habitual Offender Act;

(3) He did not enter into his guilty pleas knowingly and understandingly and was misled into stating that he had three prior felonies;

(4) He failed to exhaust state court remedies with success through no fault of his own.

Petition, pp. 3-5.

5. On October 10, 2006, this Court entered an order requiring Respondents to show cause why Stevenson's habeas corpus petition should not be granted.

## ANSWER TO THE PETITION

6. Stevenson's federal habeas corpus petition is untimely under the one-year statute of limitation provision of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA).

7. Respondents admit Stevenson is presently incarcerated in a state facility, but deny he is in custody in violation of the laws or constitution of the United States. Stevenson's convictions and sentences were validly and constitutionally obtained.

**MEMORANDUM BRIEF IN SUPPORT OF ANSWER**

8. Stevenson's petition is barred by the one-year statute of limitation set out by the AEDPA. According to **28 U.S.C.A. § 2244(d):**

> (1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of--
>
> > **(A)** the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
> >
> > **(B)** the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
> >
> > **(C)** the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
> >
> > **(D)** the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
>
> **(2)** The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Because Stevenson pleaded guilty on March 11, 2003, pursuant to Rule 4(b)(1) of the Alabama Rules of Appellate Procedure he had 42 days from that date (April 22, 2003) in which to directly appeal his conviction. Accordingly, he had one year from that date in which to file his federal habeas corpus petition.

Although he filed his first Rule 32 petition on September 9, 2003, which effectively tolled the running of the statute of limitation, the Court of Criminal Appeals issued its certificate of judgment in that case on February 11, 2004. Stevenson's further Rule 32 petitions, untimely because they were filed more than one year after his conviction became final, did not effectively toll the running of the AEDPA's limitation period. See Siebert v. Campbell, 334 F. 3d 1018 (11th Cir. 2005)(After Williams v. State, 783 So. 2d 135, 137 (Ala. Crim. App. 2000), Alabama's post-conviction statute of limitation is jurisdictional and untimely Rule 32 petitions filed after that decision do not toll AEDPA limitations period). Because Stevenson did not file his federal habeas petition until September 28, 2006, more than one year had lapsed on the running of the AEDPA limitation period. Accordingly, this petition is untimely and should be dismissed with prejudice.

## CONCLUSION

Based upon the foregoing authorities and facts, Stevenson's federal habeas corpus petition should be dismissed with prejudice.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:

s/John M. Porter
John M. Porter (ASB5818-P77J)
Assistant Attorney General

**EXHIBITS**

Exhibit A - Alacourt.com case action summary in CC-2002-165 (.00, .60, .61, and .62) (Houston County Circuit Court).

Exhibit B - Alacourt.com case action summary in CC-2002-1166 (.00, .60, .61, and .62) (Houston County Circuit Court).

Exhibit C - Alacourt.com case action summary in CC-2002-1168 (.00, .60, .61, and .62) (Houston County Circuit Court).

Exhibit D - Alacourt.com case action summary in CC-2002-1169 (.00, .60, .61, and .62) (Houston County Circuit Court).

Exhibit E - Certificate of Judgment issued by Court of Criminal Appeals in CR-03-0200.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October 2006, I electronically filed the foregoing (including exhibits) with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document (including exhibits) to the following non-CM/ECF participants: Douglas E. Stevenson, AIS 228063, Easterling Correctional Facility, 200 Wallace Drive, P.O. Box 10, Clio, AL 36017.

Respectfully submitted,

s/John M. Porter
John M. Porter(ASB5818-P77J)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: JPorter@ago.state.al.us

196768



Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/2!

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County: **38 - HOUSTON** Monitor Case Number: **CC-2002-000165.00**
Name: **STEVENSON DOUGLAS EDWARD**
Charge: **RSP2**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **38 - HOUSTON** | Case N°: | **CC-2002-000165.00** | JID: | **SEJ SIDNEY E.** |
| Filed: | **02/05/2002** | AAGCY: | **S State** | Muni N°: | **00** |
| Arrest date: | **10/13/2001** | Offe date: | **10/09/2001** | ORI: | **0380100** |
| Indict date: | **01/31/2002** | Grand jury: | **0000000052** | Atty 1: | BYR020-A |
| Tracking N°'s: | **DC200100250400/ 0/ 0** | | | | |
| Date: | **03/06/2002** | Que: | **002** Time: **09:00 AM** | Desc: | **ARRG ARRAIGI** |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | **STEVENSON DOUGLAS EDWARD** | Alias 1: | | | |
| DOB: | **04/25/1957** | SSN: | **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** | Driv License N°: | |
| Height : | **5'08"** | Weight: | **180** | Race/Sex: | **Black /M** |
| SID: | **ALO** | YDate: | | AIS: | |
| Address 1: | **% HOUSTON COUNTY JAIL** | | | Address 2: | |
| Zip: | **36302** | City: | **DOTHAN** | State: | **AL** |

### Prosecutor and Attorney Info

| | | | |
|---|---|---|---|
| Prosecutor: | BIN002 | Name: **BINFORD HENRY D** | Prosecut |
| Attorney 1: | BYR020-A | Name: **BYRD JOHN EDWARD JR** | Attorney |
| Attorney 2: | | Name: | Attorney |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Date: | | WARACT: | WARLOC |
| BP ISS: | **05/29/2002** | BP RTN: | **05/30/** |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | **RSP2** | Statute: | **REC STOLEN PROP 2ND** | Stat Name: | **13A-008-018** |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | **N** | Dom Viol: | **N** | Case Type: | **F** |
| Comment: | | | | | |

### Bonding Information

| | | | | | |
|---|---|---|---|---|---|
| Bond amt: | **2000.00** | Bond type: | | Bond co: | |
| Rel date: | | Sure: | **002** | CWIT: | |
| Jury Demand: | **Y** | | | Appeal Type | |

## Settings

## Disposition

## Sentence

EXHIBIT A

**Enforcement**

**Consolidated Case Action Summary**

**Consolidated Case Action Summary**TC

Date Time Code Comments

02/05/2002 17:24:16 JUDG ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01)

02/05/2002 17:24:17 STAT INITIAL STATUS SET TO: "B" - BOND (AR01)

02/05/2002 17:24:18 FILE FILED ON: 02/05/2002 (AR01)

02/05/2002 17:24:19 ARRS DEFENDANT ARRESTED ON: 10/13/2001 (AR01)

02/05/2002 17:24:20 INDT DEFENDANT INDICTED ON: 01/31/2002 (AR01)

02/05/2002 17:24:21 ATY1 ATTORNEY FOR DEFENDANT: BYRD JOHN EDWARD JR (AR01)

02/05/2002 17:24:22 BOND BOND SET AT: $2000.00 (AR01)

02/05/2002 17:24:23 DAT1 SET FOR: ARRAIGNMENT ON 03/06/2002 AT 0900A(AR01)

02/05/2002 17:24:24 S001 SURETY ADDED: TURNER BONDING COMPANY (AR01)

02/05/2002 17:24:25 FILE CHARGE 01: THEFT OF PROP 1ST/#CNTS: 001 (AR01)

02/05/2002 17:24:26 REDT DEFENDANT RELEASED FROM JAIL: 12/03/2001 (AR01)

02/05/2002 17:24:27 DAT2 SET FOR: JURY TRIAL ON 05/06/2002 AT 0830A (AR10)

02/05/2002 17:24:31 FILE CHARGE 01: REC STOLEN PROP 2ND /#CNTS: 001 (AR01)

02/05/2002 17:24:33 FILE CHARGE 01: REC STOLEN PROP 2ND /#CNTS: 001 (AR01)

02/05/2002 17:24:34 CASP CASE ACTION SUMMARY PRINTED (AR01)

02/05/2002 17:53:32 FESH FEE SHEET PRINTED (AR08)

02/22/2002 02:08:09 DOCK NOTICE SENT: 02/22/2002 STEVENSON DOUGLAS EDWARD

02/22/2002 02:10:03 DOCK NOTICE SENT: 02/22/2002 BYRD JOHN EDWARD JR

02/22/2002 02:12:00 DOCK NOTICE SENT: 02/22/2002 TURNER BONDING COMPANY

03/08/2002 15:57:34 PRTY PARTY ADDED W001 BRIAN HARVIN (AW21)

03/08/2002 15:57:39 PRTY PARTY ADDED W002 DOUG MAGILL (AW21)

03/08/2002 15:57:50 PRTY PARTY ADDED W003 HENRY QUILLEN SMITH (AW21)

04/08/2002 02:33:36 DAT2 CASE SET ON 06/10/2002

04/08/2002 02:33:37 NOTF NOTICE FLAG SET TO: N

05/13/2002 02:41:16 DAT2 CASE SET ON 08/19/2002

05/13/2002 02:41:17 NOTF NOTICE FLAG SET TO: N

05/21/2002 13:54:49 BNDP BONDSMAN PROCESS SENT TO (AR09)

05/24/2002 11:22:00 S002 SURETY ADDED: THOMPSON BONDS (AR01)

05/24/2002 11:22:01 REDT DEFENDANT RELEASED FROM JAIL: 05/23/2002 (AR01)

05/29/2002 15:28:29 BNDP BONDSMAN PROCESS SENT TO S002 (AR09)

06/20/2002 00:00:00 DAT2 CASE SET ON 07/29/2002

06/20/2002 00:00:00 NOTF NOTICE FLAG SET TO: N

06/24/2002 02:06:13 DAT2 CASE SET ON 08/19/2002

06/24/2002 02:06:14 NOTF NOTICE FLAG SET TO: N

06/24/2002 14:12:47 ADD1 ADDR1 CHANGED FROM: 2658 DENTON RD (AR01)

06/24/2002 14:12:48 STAT STATUS CHANGED TO: "J" - JAIL (AR01)

07/19/2002 00:27:00 DAT2 CASE SET ON 09/16/2002

07/19/2002 00:27:00 NOTF NOTICE FLAG SET TO: N

08/26/2002 02:44:25 DAT2 CASE SET ON 10/07/2002

08/26/2002 02:44:26 NOTF NOTICE FLAG SET TO: N

09/10/2002 02:35:15 DAT2 CASE SET ON 11/18/2002

09/10/2002 02:35:16 NOTF NOTICE FLAG SET TO: N

09/11/2002 17:14:40 TEXT FILE BACK, MOTION TO REDUCE BOND DENIED.

10/25/2002 02:08:42 DAT2 CASE SET ON 12/09/2002

10/25/2002 02:08:43 NOTF NOTICE FLAG SET TO: N

11/14/2002 02:28:00 DAT2 CASE SET ON 01/13/2003

11/14/2002 02:28:00 NOTF NOTICE FLAG SET TO: N

11/18/2002 16:17:32 TEXT FILE TO LKA PER HIS REQUEST

12/04/2002 15:10:59 TEXT FILE BACK FROM LKA

12/20/2002 02:45:00 DAT2 CASE SET ON 02/10/2003

12/20/2002 02:45:00 NOTF NOTICE FLAG SET TO: N

01/14/2003 02:44:00 DAT2 CASE SET ON 03/10/2003

01/14/2003 02:44:00 NOTF NOTICE FLAG SET TO: N

02/10/2003 09:11:24 TEXT SENT TO JUGE WITH MOTION TO SET FOR TRIAL

02/12/2003 15:32:28 TEXT FILE BACK FROM SEJ

02/19/2003 02:44:49 DAT2 CASE SET ON 04/07/2003

02/19/2003 02:44:50 NOTF NOTICE FLAG SET TO: N

02/19/2003 15:48:42 DAT2 SET FOR: JURY TRIAL ON 03/11/2003 AT 0830A (AR10)

02/24/2003 15:41:10 SUBP WITNESS SUBPOENA ISSUED AWP24

02/28/2003 14:11:24 TEXT FILED GONE TO SEJ WITH MOTION FOR CONSOLIDATION.

03/05/2003 14:46:43 ATTH CAS ATTACHMENT PRINTED (AR08)

03/17/2003 09:09:25 DJID DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ

03/17/2003 09:09:26 DISP CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 03/11/2003

03/17/2003 09:09:27 DISP CHARGE 01: REC STOLEN PROP 2ND/#CNTS: 001 (AR10)

03/17/2003 09:12:17 CH01 DEFENDANT SENTENCED ON: 03/11/2003 (AR05)

03/17/2003 09:12:18 CH01 RESTITUTION FOR R001 ORDERED BY THE COURT (AR05)

03/17/2003 09:12:19 CH01 CVCC PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:12:20 CH01 SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:12:21 CH01 FINE IMPOSED: $1500.00 (AR05)

03/17/2003 09:12:22 CH01 COST PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:12:23 CH01 JAIL CREDIT: 338 DAYS (AR05)

03/17/2003 09:12:24 CH01 SENTENCE TO BEGIN ON: 03/11/2003 (AR05)

03/17/2003 09:12:25 CH01 FINE PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:12:26 CH01 HISTORY FEE PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:12:27 CH01 TOTAL CONFINEMENT: 15 YEARS (AR05)

03/17/2003 09:12:28 CH01 IMPOSED CONFINEMENT: 15 YEARS (AR05)

03/17/2003 09:12:29 CH01 PENITENTIARY PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:12:30 CH01 R001 REST AMOUNT ORDERED: $9904.19 (AR05)

03/17/2003 09:12:31 CH01 HABITUAL OFFENDER PROVISION ORDERED BY THE COURT

03/17/2003 09:12:32 D001 PAYMENT FREQUENCY SET TO: "L" (FE52)

03/17/2003 09:13:18 D001 ENFORCEMENT STATUS SET TO: "P" (FE52)

03/17/2003 09:13:50 TRSC TRANSCRIPT OF RECORD ISSUED: 03/17/2003 (AR08)

03/17/2003 09:30:58 TRSC TRANSCRIPT OF RECORD ISSUED: 03/17/2003 (AR08)

03/17/2003 09:31:31 CH01 RESTITUTION PROVISION FOR R001 DELETED (AR05)

08/07/2003 15:08:53 TEXT FILE BACK FROM SEJ. 8-4-2003 STATE HAS

08/07/2003 15:08:54 TEXT 14 DAYS TO RESPOND. LITTLE, JUDGE

08/11/2003 15:47:00 TEXT FILE TO SEJ

09/16/2003 09:53:43 TEXT JUDY KELLY TOOK FILES TO JUDGE.

## Images

| Key | Date | Pages | Document Type | Name |
|---|---|---|---|---|

## Witness List

## Financial

## Motions




Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/25

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County:**38 - HOUSTON** Monitor Case Number: **CC-2002-000165.60** NOTICE
Name: **STEVENSON DOUGLAS EDWARD**
Charge:**RULE**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

County: **38 - HOUSTON** Case N°: **CC-2002-000165.60** JID: **SEJ SIDNEY E.**
Filed: **09/09/2003** AAGCY: **S State** Muni N°: **00**
Arrest date: Offe date: ORI:
Indict date: Grand jury: Atty 1:
Tracking N°'s: **0/0/0**
Date: Que: Time: Desc:

### Defendant Information

Name: **STEVENSON DOUGLAS EDWARD** Alias 1:
DOB: **04/25/1957** SSN: **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** Driv License N°:
Height : **5'08"** Weight: **180** Race/Sex: **Black /M**
SID: **ALO** YDate: AIS:
Address 1: **EASTERLING CORR. FAC.** Address 2: **P. O. BOX 10**
Zip: **36017** City: **CLIO** State: **AL**

### Prosecutor and Attorney Info

Prosecutor: Name: Prosecutor Flag:
Attorney 1: Name: Attorney 1 Flag:
Attorney 2: Name: Attorney 2 Flag:

### Warrant Information

Warrant Date: WARACT: WARLOC
BP ISS: BP RTN:

### Charges

1. Crime co: **RULE** Statute: **RULE 32-FELONY** Stat Name: **RULE 32**
2. Crime co: Statute: Stat Name:
3. Crime co: Statute: Stat Name:

More: **N** Dom Viol: **N** Case Type: **F**
Comment:

### Bonding Information

Bond amt: **0.00** Bond type: Bond co:
Rel date: Sure: CWIT:
Jury Demand: **Y** Appeal Type

## Settings

## Disposition

## Sentence

## Enforcement

## Consolidated Case Action Summary

**Consolidated Case Action Summary** TC

| Date | Time | Code | Comments |
|---|---|---|---|
| 09/10/2003 | 15:03:13 | JUDG | ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01) |
| 09/10/2003 | 15:03:14 | FILE | FILED ON: 09/09/2003 (AR01) |
| 09/10/2003 | 15:03:15 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) |
| 09/10/2003 | 15:03:16 | FILE | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR01) |
| 09/10/2003 | 15:08:14 | CASP | CASE ACTION SUMMARY PRINTED (AR01) |
| 10/08/2003 | 08:24:13 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ |
| 10/08/2003 | 08:24:14 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 10/08/2003 | 08:24:15 | DISP | CHARGE 01 DISPOSED BY: PET DENIED ON: 10/03/2003 |
| 10/21/2003 | 15:56:26 | TEXT | FILE TO SEJ WITH NOTICE OF APPEAL |
| 11/06/2003 | 09:05:04 | APDT | APPEAL DATE CHANGED FROM: 00/00/0000 (AR11) |
| 11/06/2003 | 09:05:05 | APTY | APPEAL TYPE CHANGED FROM: (AR11) |
| 11/06/2003 | 09:05:06 | INTR | INDTRL TYPE CHANGED FROM: (AR11) |
| 11/06/2003 | 09:05:07 | IRA0 | IRA TYPE CHANGED FROM: (AR11) |
| 11/06/2003 | 09:05:08 | ATYW | ATYW TYPE CHANGED FROM: (AR11) |
| 02/13/2004 | 15:10:09 | DISP | BY: U - UPHELD ON: 02/13/2004 (AR11) |

## Images

| Key | Date | Pages | Document Type | Name |
|---|---|---|---|---|

## Witness List

## Financial

## Motions




Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/25

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County: **38 - HOUSTON** Monitor Case Number: **CC-2002-000165.61**
Name: **STEVENSON DOUGLAS EDWARD**
Charge: **RULE**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **38 - HOUSTON** | Case N°: | **CC-2002-000165.61** | JID: | **SEJ SIDNEY E.** |
| Filed: | **05/05/2005** | AAGCY: | **S State** | Muni N°: | **00** |
| Arrest date: | | Offe date: | | ORI: | |
| Indict date: | | Grand jury: | | Atty 1: | |
| Tracking N°'s: | **0/ 0/ 0** | | | | |
| Date: | | Que: | Time: | Desc: | |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | **STEVENSON DOUGLAS EDWARD** | Alias 1: | | | |
| DOB: | **04/25/1957** | SSN: | **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** | Driv License N°: | |
| Height : | **5'08"** | Weight: | **180** | Race/Sex: | **Black /M** |
| SID: | **ALO** | YDate: | | AIS: | |
| Address 1: | **EASTERLING CORR. FAC.** | | | Address 2: | **P. O. BOX 10** |
| Zip: | **36017** | City: | **CLIO** | State: | **AL** |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | VAL002 | Name: | **VALESKA DOUGLAS A** | Prosecuto |
| Attorney 1: | | Name: | | Attorney : |
| Attorney 2: | | Name: | | Attorney : |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Date: | | WARACT: | WARLOC |
| BP ISS: | | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | **RULE** | Statute: | **RULE 32-FELONY** | Stat Name: | **RULE 32** |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | **N** | Dom Viol: | **N** | Case Type: | **F** |
| Comment: | | | | | |

### Bonding Information

| | | | | | |
|---|---|---|---|---|---|
| Bond amt: | **0.00** | Bond type: | | Bond co: | |
| Rel date: | | Sure: | | CWIT: | |
| Jury Demand: | **Y** | | | Appeal Type | |

## Settings

## Disposition

## Sentence

**Enforcement**

**Consolidated Case Action Summary**

**Consolidated Case Action SummaryTC**

| Date | Time | Code | Comments |
|---|---|---|---|
| 05/09/2005 | 15:45:22 | JUDG | ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01) |
| 05/09/2005 | 15:45:23 | FILE | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR01) |
| 05/09/2005 | 15:45:24 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) |
| 05/09/2005 | 15:45:25 | FILE | FILED ON: 05/05/2005 (AR01) |
| 05/09/2005 | 15:45:31 | CASP | CASE ACTION SUMMARY PRINTED (AR10) |
| 05/17/2005 | 08:52:34 | JFEL | JUROR FELONY FLAG SET ON FOR INDIVIDUAL (AR10) |
| 05/17/2005 | 08:52:35 | DISP | CHARGE 01 DISPOSED BY: DISMISSED ON: 05/12/2005 |
| 05/17/2005 | 08:52:36 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 05/17/2005 | 08:52:37 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ |
| 05/17/2005 | 08:52:38 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) |
| 06/28/2005 | 15:58:02 | APPL | CASE APPEALED ON: 06/28/2005 (AR10) |
| 06/28/2005 | 15:58:03 | COMM | 6-28-05 NOTICE APPEAL (AR10) |
| 06/28/2005 | 15:58:04 | APPL | APPEAL "TO" TYPE: "R" (AR10) |
| 07/05/2005 | 10:58:52 | APDT | APPEAL DATE CHANGED FROM: 00/00/0000 (AR11) |
| 07/05/2005 | 10:58:53 | APTY | APPEAL TYPE CHANGED FROM: (AR11) |
| 07/05/2005 | 10:58:54 | INTR | INDTRL TYPE CHANGED FROM: (AR11) |
| 07/05/2005 | 10:58:55 | ATYW | ATYW TYPE CHANGED FROM: (AR11) |
| 07/05/2005 | 10:58:56 | IRA0 | IRA TYPE CHANGED FROM: (AR11) |
| 07/05/2005 | 10:58:57 | PROS | PROSECUTOR CHANGED FROM: (AR11) |
| 07/05/2005 | 10:58:58 | ATY1 | ATTY 1 CHANGED FROM: (AR11) |

**Images**

| Key | Date | Pages | Document Type | Name |
|---|---|---|---|---|

**Witness List**

**Financial**

**Motions**




Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/2!

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County:**38 - HOUSTON** Monitor Case Number: **CC-2002-000165.62** NOTICE
Name: **STEVENSON DOUGLAS EDWARD**
Charge: **RULE**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **38 - HOUSTON** | Case N°: | **CC-2002-000165.62** | JID: | **SEJ SIDNEY E.** |
| Filed: | **05/05/2005** | AAGCY: | **S State** | Muni N°: | **00** |
| Arrest date: | | Offe date: | | ORI: | |
| Indict date: | | Grand jury: | | Atty 1: | PRS001-A |
| Tracking N°'s: | **0/0/0** | | | | |
| Date: | | Que: | Time: | Desc: | |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | **STEVENSON DOUGLAS EDWARD** | Alias 1: | | | |
| DOB: | **04/25/1957** | SSN: | **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** | Driv License N°: | |
| Height : | **5'08"** | Weight: | **180** | Race/Sex: | **Black /M** |
| SID: | **ALO** | YDate: | | AIS: | **228063** |
| Address 1: | **200 WALLACE DR** | | | Address 2: | **P. O. BOX 10** |
| Zip: | **36017** | City: | **CLIO** | State: | **AL** |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | VAL002 | Name: | **VALESKA DOUGLAS A** | Prosecuto |
| Attorney 1: | PRS001-A | Name: | **PRO SE** | Attorney : |
| Attorney 2: | | Name: | | Attorney : |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Date: | | WARACT: | WARLOC |
| BP ISS: | | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | **RULE** | Statute: | **RULE 32-FELONY** | Stat Name: | **RULE 32** |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | **N** | Dom Viol: | **N** | Case Type: | **F** |
| Comment: | | | | | |

### Bonding Information

| | | | | | |
|---|---|---|---|---|---|
| Bond amt: | **0.00** | Bond type: | | Bond co: | |
| Rel date: | | Sure: | | CWIT: | |
| Jury Demand: | **Y** | | | Appeal Type | |

## Settings

## Disposition

## Sentence

## Enforcement

## Consolidated Case Action Summary

**Consolidated Case Action SummaryTC**

| Date | Time | Code | Comments |
|---|---|---|---|
| 09/16/2005 | 08:35:03 | JUDG | ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01) |
| 09/16/2005 | 08:35:04 | FILE | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR01) |
| 09/16/2005 | 08:35:05 | FILE | FILED ON: 05/05/2005 (AR01) |
| 09/16/2005 | 08:35:06 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) |
| 09/16/2005 | 08:35:16 | ATY1 | ATTORNEY FOR DEFENDANT: PRO SE (AR10) |
| 09/16/2005 | 08:35:19 | CASP | CASE ACTION SUMMARY PRINTED (AR10) |
| 09/28/2005 | 11:19:37 | COMM | SUMMARY DISPOSITION 9-28-05 (AR10) |
| 10/14/2005 | 15:11:02 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ |
| 10/14/2005 | 15:11:03 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 10/14/2005 | 15:11:04 | DISP | CHARGE 01 DISPOSED BY: PET DENIED ON: 10/11/2005 |
| 10/21/2005 | 16:17:58 | COMM | 10-21-05 REPLY TO MOTION DISMISS (AR10) |
| 11/15/2005 | 13:58:24 | ADD1 | ADDR1 CHANGED FROM: EASTERLING CORR. FAC. (AR01) |
| 11/15/2005 | 14:01:15 | APDT | APPEAL DATE CHANGED FROM: 00/00/0000 (AR11) |
| 11/15/2005 | 14:01:16 | INTR | INDTRL TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:01:17 | IRA0 | IRA TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:01:18 | APTY | APPEAL TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:01:19 | ATYW | ATYW TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:01:20 | PROS | PROSECUTOR CHANGED FROM: (AR11) |
| 11/15/2005 | 14:01:21 | ATY1 | ATTY 1 CHANGED FROM: (AR11) |
| 11/15/2005 | 14:01:22 | ATY1 | ATTY 1 TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:01:24 | ATY1 | ATTY 1 CHANGED FROM: PRO001 (AR11) |
| 12/08/2005 | 15:33:25 | COMM | 12-8-05 MOTION SUPPLEMENT (AR10) |
| 04/26/2006 | 17:34:32 | DISP | BY: A - OTHER ON: 04/21/2006 (AR11) |

## Images

| Key | Date | Pages | Document Type | Name |
|---|---|---|---|---|

## Witness List

## Financial

## Motions



Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/2!

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County: **38 - HOUSTON** Monitor Case Number: **CC-2002-001166.00** NOTICE
Name: **STEVENSON DOUGLAS EDWARD**
Charge: **CPF2**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 38 - HOUSTON | Case N°: | CC-2002-001166.00 | JID: | SEJ SIDNEY E. J. |
| Filed: | 09/18/2002 | AAGCY: | S State | Muni N°: | 00 |
| Arrest date: | 05/21/2002 | Offe date: | 05/06/2002 | ORI: | 0380100 |
| Indict date: | 08/26/2002 | Grand jury: | 55 | Atty 1: | |
| Tracking N°'s: | DC200200135500/0/0 | | | | |
| Date: | 10/16/2002 | Que: | 001 Time: 09:00 AM | Desc: | ARRG ARRAIGN |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | STEVENSON DOUGLAS EDWARD | Alias 1: | | | |
| DOB: | 04/24/1957 | SSN: | 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 | Driv License N°: | |
| Height : | 5'08" | Weight: | 180 | Race/Sex: | Black /M |
| SID: | ALO | YDate: | | AIS: | |
| Address 1: | C/O HOUSTON COUNTY JAIL | | | Address 2: | 901 E MAIN STI |
| Zip: | 36301 | City: | DOTHAN | State: | AL |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | BIN002 | Name: | BINFORD HENRY D | Prosecutor |
| Attorney 1: | | Name: | | Attorney 1 |
| Attorney 2: | | Name: | | Attorney 2 |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Date: | | WARACT: | WARLOC |
| BP ISS: | | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | CPF2 | Statute: | POSS FORGED INSTR 2ND | Stat Name: | 13A-009-006 |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | N | Dom Viol: | N | Case Type: | F |
| Comment: | | | | | |

### Bonding Information

| | | | | | |
|---|---|---|---|---|---|
| Bond amt: | 4000.00 | Bond type: | | Bond co: | |
| Rel date: | | Sure: | | CWIT: | |
| Jury Demand: | Y | | | Appeal Type | |

## Settings

## Disposition

## Sentence



**Enforcement**

**Consolidated Case Action Summary**

**Consolidated Case Action Summary**

| Date | Time | Code | Comments |
|---|---|---|---|
| 09/18/2002 | 08:34:34 | JUDG | ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01) |
| 09/18/2002 | 08:34:35 | FILE | FILED ON: 09/18/2002 (AR01) |
| 09/18/2002 | 08:34:36 | INDT | DEFENDANT INDICTED ON: 08/26/2002 (AR01) |
| 09/18/2002 | 08:34:37 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) |
| 09/18/2002 | 08:34:38 | FILE | CHARGE 01: POSS FORGED INSTR 2N/#CNTS: 001 (AR01) |
| 09/18/2002 | 08:34:39 | DAT1 | SET FOR: ARRAIGNMENT ON 10/16/2002 AT 0900A(AR01) |
| 09/18/2002 | 08:34:40 | ATY1 | ATTORNEY FOR DEFENDANT: BAXLEY MARK HAMPTON (AR01) |
| 09/18/2002 | 08:34:41 | BOND | BOND SET AT: $10000.00 (AR01) |
| 09/18/2002 | 08:34:42 | ARRS | DEFENDANT ARRESTED ON: 05/21/2002 (AR01) |
| 09/18/2002 | 08:34:49 | DAT2 | SET FOR: JURY TRIAL ON 01/01/2003 AT 0830A (AR10) |
| 09/18/2002 | 08:34:51 | DAT2 | SET FOR: JURY TRIAL ON 01/01/2003 AT 0830A (AR10) |
| 09/18/2002 | 08:34:52 | CASP | CASE ACTION SUMMARY PRINTED (AR10) |
| 09/18/2002 | 08:35:06 | FESH | FEE SHEET PRINTED (AR08) |
| 10/01/2002 | 02:23:00 | DOCK | NOTICE SENT: 10/01/2002 STEVENSON DOUGLAS EDWARD |
| 10/01/2002 | 02:25:00 | DOCK | NOTICE SENT: 10/01/2002 BAXLEY MARK HAMPTON |
| 10/01/2002 | 02:28:00 | DOCK | NOTICE SENT: 10/01/2002 THOMPSON BONDS |
| 10/07/2002 | 14:28:57 | TEXT | FILE OUT TO SEJ |
| 10/15/2002 | 11:45:50 | TEXT | FILE BACK FROM SEJ |
| 10/15/2002 | 11:47:46 | DAT3 | SET FOR: MTN TO RED BOND ON 11/12/2002 AT 1000A |
| 10/30/2002 | 02:28:00 | DAT2 | CASE SET ON 01/13/2003 |
| 10/30/2002 | 02:28:00 | NOTF | NOTICE FLAG SET TO: N |
| 11/08/2002 | 16:08:52 | PRTY | PARTY ADDED W001 JIMMY CHANDLER (AW21) |
| 11/08/2002 | 16:09:15 | PRTY | PARTY ADDED W002 JOANN CURRY (AW21) |
| 11/08/2002 | 16:10:31 | PRTY | PARTY ADDED W003 JOYCE MARTIN (AW21) |
| 11/08/2002 | 16:12:26 | PRTY | PARTY ADDED W004 WILLY WILLIAMSON (AW21) |
| 11/12/2002 | 16:06:02 | BOND | BOND SET AT: $4000.00 (AR01) |
| 11/18/2002 | 16:17:00 | TEXT | FILE TO LKA PER HIS REQUEST |
| 12/04/2002 | 15:10:00 | TEXT | FILE BACK FROM LKA |
| 12/20/2002 | 02:48:00 | DAT2 | CASE SET ON 02/10/2003 |
| 12/20/2002 | 02:48:00 | NOTF | NOTICE FLAG SET TO: N |
| 01/08/2003 | 14:31:57 | TEXT | GONE TO JUDGE WITH MOTION |
| 01/14/2003 | 02:47:00 | DAT2 | CASE SET ON 03/10/2003 |
| 01/14/2003 | 02:47:00 | NOTF | NOTICE FLAG SET TO: N |

01/23/2003 10:43:37 TEXT FILE BACK IN OFFICE

02/19/2003 02:47:53 DAT2 CASE SET ON 04/07/2003

02/19/2003 02:47:54 NOTF NOTICE FLAG SET TO: N

02/19/2003 15:50:59 DAT2 SET FOR: JURY TRIAL ON 03/11/2003 AT 0830A (AR10)

02/24/2003 15:41:10 SUBP WITNESS SUBPOENA ISSUED AWP24

02/28/2003 14:12:03 GONE TO SEJ WITH MOTION TO CONSOLIDATE.

03/05/2003 14:46:53 ATTH CAS ATTACHMENT PRINTED (AR08)

03/13/2003 13:16:22 D001 PAYMENT FREQUENCY SET TO: "L" (FE52)

03/17/2003 09:15:17 DJID DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ

03/17/2003 09:15:18 DISP CHARGE 01: POSS FORGED INSTR 2/#CNTS: 001 (AR10)

03/17/2003 09:15:19 DISP CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 03/11/2003

03/17/2003 09:18:04 CH01 DEFENDANT SENTENCED ON: 03/11/2003 (AR05)

03/17/2003 09:18:05 CH01 SENTENCE TO BEGIN ON: 03/11/2003 (AR05)

03/17/2003 09:18:06 CH01 IMPOSED CONFINEMENT: 15 YEARS (AR05)

03/17/2003 09:18:07 CH01 TOTAL CONFINEMENT: 15 YEARS (AR05)

03/17/2003 09:18:08 CH01 JAIL CREDIT: 259 DAYS (AR05)

03/17/2003 09:18:09 CH01 COST PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:18:10 CH01 FINE PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:18:11 CH01 FINE IMPOSED: $1500.00 (AR05)

03/17/2003 09:18:12 CH01 CVCC PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:18:13 CH01 HISTORY FEE PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:18:14 CH01 SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:18:15 CH01 CONCURRENT SENTENCE ORDERED BY THE COURT (AR05)

03/17/2003 09:18:16 CH01 HABITUAL OFFENDER PROVISION ORDERED BY THE COURT

03/17/2003 09:18:17 CH01 PENITENTIARY PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:19:54 CH01 RESTITUTION FOR R001 ORDERED BY THE COURT (AR05)

03/17/2003 09:19:55 CH01 R001 REST AMOUNT ORDERED: $9904.19 (AR05)

03/17/2003 09:21:04 D001 ENFORCEMENT STATUS SET TO: "P" (FE52)

03/17/2003 09:21:55 TRSC TRANSCRIPT OF RECORD ISSUED: 03/17/2003 (AR08)

03/17/2003 09:31:38 CH01 RESTITUTION PROVISION FOR R001 DELETED (AR05)

03/17/2003 09:33:30 TRSC TRANSCRIPT OF RECORD ISSUED: 03/17/2003 (AR08)

04/21/2003 15:38:58 PRTY PARTY ADDED R001 HERMAN & ANN'S, INC. (AW21)

04/21/2003 15:39:17 PRTY PARTY ADDED R002 U-SAVE FOOD OUTLET (AW21)

04/21/2003 15:39:47 PRTY PARTY ADDED R003 CHANDLER'S (AW21)

04/21/2003 15:40:27 PRTY PARTY ADDED R004 WINN-DIXIE (AW21)

04/21/2003 15:40:53 PRTY PARTY ADDED R005 LINDEN GROCERY (AW21)

04/21/2003 15:41:33 ATTH CAS ATTACHMENT PRINTED (AR08)

04/21/2003 15:57:11 PRTY PARTY ADDED R006 CHEROKEE IGA (AW21)

04/24/2003 16:13:22 TRSC TRANSCRIPT OF RECORD ISSUED: 04/24/2003 (AR08)

07/15/2003 14:15:03 TEXT FILE TO SEJ.

08/07/2003 15:08:00 TEXT FILE BACK FROM SEJ. 8-4-2003 STATE HAS

08/07/2003 15:08:01 TEXT 14 DAYS TO RESPOND. LITTLE, JUDGE

08/11/2003 15:47:00 TEXT FILE TO SEJ

09/16/2003 09:54:25 TEXT JUDY KELLY TOOK FILE TO JUDGE.

11/29/2005 10:27:52 D001 ENF STATUS SET TO: "J" (EC01)

11/29/2005 10:27:53 D001 FREQUENCY AMOUNT SET TO $14660.19 (EC01)

## Images

| Key | Date | Pages | Document Type | Name | |
|---|---|---|---|---|---|

## Witness List

## Financial

## Motions




Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/2!

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County: **38 - HOUSTON** Monitor Case Number: **CC-2002-001166.60**
Name: **STEVENSON DOUGLAS EDWARD**
Charge: **RULE**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

County: **38 - HOUSTON** Case N°: **CC-2002-001166.60** JID: **SEJ SIDNEY E.**
Filed: **09/09/2003** AAGCY: **S State** Muni N°: **00**
Arrest date: Offe date: ORI:
Indict date: Grand jury: Atty 1:
Tracking N°'s: **0/ 0/ 0**
Date: Que: Time: Desc:

### Defendant Information

Name: **STEVENSON DOUGLAS EDWARD** Alias 1:
DOB: **04/25/1957** SSN: **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** Driv License N°:
Height : **5'08"** Weight: **180** Race/Sex: **Black /M**
SID: **ALO** YDate: AIS:
Address 1: **EASTERLING CORR. FAC.** Address 2: **P. O. BOX 10**
Zip: **36017** City: **CLIO** State: **AL**

### Prosecutor and Attorney Info

Prosecutor: Name: Prosecutor Flag:
Attorney 1: Name: Attorney 1 Flag:
Attorney 2: Name: Attorney 2 Flag:

### Warrant Information

Warrant Date: WARACT: WARLOC
BP ISS: BP RTN:

### Charges

1. Crime co: **RULE** Statute: **RULE 32-FELONY** Stat Name: **RULE 32**
2. Crime co: Statute: Stat Name:
3. Crime co: Statute: Stat Name:

More: **N** Dom Viol: **N** Case Type: **F**
Comment:

### Bonding Information

Bond amt: **0.00** Bond type: Bond co:
Rel date: Sure: CWIT:
Jury Demand: **Y** Appeal Type

## Settings

## Disposition

## Sentence

## Enforcement

## Consolidated Case Action Summary

**Consolidated Case Action SummaryTC**

| Date | Time | Code | Comments |
|---|---|---|---|
| 09/10/2003 | 15:04:12 | JUDG | ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01) |
| 09/10/2003 | 15:04:13 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) |
| 09/10/2003 | 15:04:14 | FILE | FILED ON: 09/09/2003 (AR01) |
| 09/10/2003 | 15:04:15 | FILE | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR01) |
| 09/10/2003 | 15:08:25 | CASP | CASE ACTION SUMMARY PRINTED (AR01) |
| 10/08/2003 | 08:24:55 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ |
| 10/08/2003 | 08:24:56 | DISP | CHARGE 01 DISPOSED BY: PET DENIED ON: 10/03/2003 |
| 10/08/2003 | 08:24:57 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 10/21/2003 | 15:56:50 | TEXT | FILE TO SEJ. |
| 11/06/2003 | 00:00:00 | APTY | APPEAL TYPE CHANGED FROM: (AR11) |
| 11/06/2003 | 00:00:00 | INTR | INDTRL TYPE CHANGED FROM: (AR11) |
| 11/06/2003 | 00:00:00 | ATYW | ATYW TYPE CHANGED FROM: (AR11) |
| 11/06/2003 | 00:00:00 | IRA0 | IRA TYPE CHANGED FROM: (AR11) |
| 11/06/2003 | 09:05:59 | APDT | APPEAL DATE CHANGED FROM: 00/00/0000 (AR11) |
| 02/13/2004 | 15:10:30 | DISP | BY: U - UPHELD ON: 02/13/2004 (AR11) |

## Images

## Witness List

## Financial

## Motions



Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/2!

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County: **38 - HOUSTON** Monitor Case Number: **CC-2002-001166.61** NOTICE

Name: **STEVENSON DOUGLAS EDWARD**

Charge: **RULE**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 38 - HOUSTON | Case N°: | CC-2002-001166.61 | JID: | SEJ SIDNEY E. : |
| Filed: | 06/09/2005 | AAGCY: | S State | Muni N°: | 00 |
| Arrest date: | | Offe date: | | ORI: | |
| Indict date: | | Grand jury: | | Atty 1: | |
| Tracking N°'s: | DC200200135500/0/0 | | | | |
| Date: | | Que: | Time: | Desc: | |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | STEVENSON DOUGLAS EDWARD | Alias 1: | | | |
| DOB: | 04/25/1957 | SSN: | 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 | Driv License N°: | |
| Height : | 5'08" | Weight: | 180 | Race/Sex: | Black /M |
| SID: | ALO | YDate: | | AIS: | |
| Address 1: | EASTERLING CORR. FAC. | | | Address 2: | 200 WALLACE D |
| Zip: | 36017 | City: | CLIO | State: | AL |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | VAL002 | Name: | VALESKA DOUGLAS A | Prosecuto |
| Attorney 1: | | Name: | | Attorney : |
| Attorney 2: | | Name: | | Attorney : |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Date: | | WARACT: | WARLOC |
| BP ISS: | | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | RULE | Statute: | RULE 32-FELONY | Stat Name: | RULE 32 |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | N | Dom Viol: | N | Case Type: | F |
| Comment: | | | | | |

### Bonding Information

| | | | | | |
|---|---|---|---|---|---|
| Bond amt: | 0.00 | Bond type: | | Bond co: | |
| Rel date: | | Sure: | | CWIT: | |
| Jury Demand: | Y | | | Appeal Type | |

## Settings

## Disposition

## Sentence

## Enforcement

## Consolidated Case Action Summary

**Consolidated Case Action Summary**TC

| Date | Time | Code | Comments |
|---|---|---|---|
| 06/15/2005 | 16:01:38 | JUDG | ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01) |
| 06/15/2005 | 16:01:39 | FILE | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR01) |
| 06/15/2005 | 16:01:40 | FILE | FILED ON: 06/09/2005 (AR01) |
| 06/15/2005 | 16:01:41 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) |
| 06/15/2005 | 16:01:44 | CASP | CASE ACTION SUMMARY PRINTED (AR10) |
| 06/17/2005 | 11:02:32 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ |
| 06/17/2005 | 11:02:33 | DISP | CHARGE 01 DISPOSED BY: DISMISSED ON: 06/16/2005 |
| 06/17/2005 | 11:02:34 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 06/17/2005 | 11:02:35 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) |

## Images

## Witness List

## Financial

## Motions




Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/2!

Main Menu

County:38 - HOUSTON Monitor Case Number: CC-2002-001166.62 NOTICE
Name: STEVENSON DOUGLAS EDWARD
Charge: RULE

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 38 - HOUSTON | Case N°: | CC-2002-001166.62 | JID: | SEJ SIDNEY E.: |
| Filed: | 09/15/2005 | AAGCY: | S State | Muni N°: | 00 |
| Arrest date: | | Offe date: | | ORI: | |
| Indict date: | | Grand jury: | | Atty 1: | PRS001-A |
| Tracking N°'s: | DC200200135500/0/0 | | | | |
| Date: | | Que: | Time: | Desc: | |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | STEVENSON DOUGLAS EDWARD | Alias 1: | | | |
| DOB: | 04/25/1957 | SSN: | 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 | Driv License N°: | |
| Height : | 5'08" | Weight: | 180 | Race/Sex: | Black /M |
| SID: | ALO | YDate: | | AIS: | |
| Address 1: | 200 WALLACE DR | | | Address 2: | P O BOX 10 |
| Zip: | 36017 | City: | CLIO | State: | AL |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | VAL002 | Name: | VALESKA DOUGLAS A | Prosecuto |
| Attorney 1: | PRS001-A | Name: | PRO SE | Attorney : |
| Attorney 2: | | Name: | | Attorney : |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Date: | | WARACT: | WARLOC |
| BP ISS: | | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | RULE | Statute: | RULE 32-FELONY | Stat Name: | RULE 32 |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | N | Dom Viol: | N | Case Type: | F |
| Comment: | | | | | |

### Bonding Information

| | | | | |
|---|---|---|---|---|
| Bond amt: | 0.00 | Bond type: | | Bond co: |
| Rel date: | | Sure: | | CWIT: |
| Jury Demand: | Y | | | Appeal Type |

## Settings

## Disposition

## Sentence

**Enforcement**

**Consolidated Case Action Summary**

**Consolidated Case Action Summary**TC

| Date | Time | Code | Comments |
|---|---|---|---|
| 09/16/2005 | 08:57:54 | JUDG | ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01) |
| 09/16/2005 | 08:57:55 | FILE | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR01) |
| 09/16/2005 | 08:57:56 | FILE | FILED ON: 09/15/2005 (AR01) |
| 09/16/2005 | 08:57:57 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) |
| 09/16/2005 | 08:58:05 | ATY1 | ATTORNEY FOR DEFENDANT: PRO SE (AR10) |
| 09/16/2005 | 08:58:08 | CASP | CASE ACTION SUMMARY PRINTED (AR10) |
| 09/28/2005 | 11:20:03 | COMM | 9-28-05 SUMMARY DISPOSITION (AR10) |
| 10/14/2005 | 15:20:41 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ |
| 10/14/2005 | 15:20:42 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 10/14/2005 | 15:20:43 | DISP | CHARGE 01 DISPOSED BY: PET DENIED ON: 10/11/2005 |
| 11/15/2005 | 13:58:51 | ADD1 | ADDR1 CHANGED FROM: EASTERLING CORR. FAC. (AR01) |
| 11/15/2005 | 13:58:52 | ADD2 | ADDR2 CHANGED FROM: 200 WALLACE DR (AR01) |
| 11/15/2005 | 14:02:26 | APDT | APPEAL DATE CHANGED FROM: 00/00/0000 (AR11) |
| 11/15/2005 | 14:02:27 | APTY | APPEAL TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:02:28 | INTR | INDTRL TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:02:29 | ATYW | ATYW TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:02:30 | IRA0 | IRA TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:02:31 | PROS | PROSECUTOR CHANGED FROM: (AR11) |
| 11/15/2005 | 14:02:32 | ATY1 | ATTY 1 CHANGED FROM: (AR11) |
| 11/15/2005 | 14:02:33 | ATY1 | ATTY 1 TYPE CHANGED FROM: (AR11) |
| 12/08/2005 | 15:33:53 | COMM | 12-8-05 MOTION SUPPLEMENT (AR10) |
| 04/26/2006 | 17:35:01 | DISP | BY: A - OTHER ON: 04/21/2006 (AR11) |

**Images**

**Witness List**

**Financial**

**Motions**

alacourt.com™
The Alabama Trial Court System at your desk

Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/2!

Main Menu

Search
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

Tracking
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

Desktop
- My Alacourt

Administration
- Update User Info

County:**38 - HOUSTON** Monitor Case Number: **CC-2002-001168.00** NOTICE
Name: **STEVENSON DOUGLAS EDWARD**
Charge:**CPF2**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **38 - HOUSTON** | Case N°: | **CC-2002-001168.00** | JID: | **SEJ SIDNEY E. J.** |
| Filed: | **09/18/2002** | AAGCY: | **S State** | Muni N°: | **00** |
| Arrest date: | **05/21/2002** | Offe date: | **05/20/2002** | ORI: | **0380100** |
| Indict date: | **08/26/2002** | Grand jury: | **58** | Atty 1: | |
| Tracking N°'s: | **DC200200132800/0/0** | | | | |
| Date: | **10/16/2002** | Que: | **001** Time: **09:00 AM** | Desc: | **ARRG ARRAIGNI** |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | **STEVENSON DOUGLAS EDWARD** | Alias 1: | | | |
| DOB: | **04/24/1957** | SSN: | **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** | Driv License N°: | |
| Height : | **5'08"** | Weight: | **180** | Race/Sex: | **Black /M** |
| SID: | **ALO** | YDate: | | AIS: | |
| Address 1: | **C/O HOUSTON COUNTY JAIL** | | | Address 2: | **901 E MAIN STI** |
| Zip: | **36301** | City: | **DOTHAN** | State: | **AL** |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | BIN002 | Name: | **BINFORD HENRY D** | Prosecutor |
| Attorney 1: | | Name: | | Attorney 1 |
| Attorney 2: | | Name: | | Attorney 2 |

### Warrant Information

Warrant Date: WARACT: WARLOC
BP ISS: BP RTN:

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | **CPF2** | Statute: | **POSS FORGED INSTR 2ND** | Stat Name: | **13A-009-006** |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | **N** | Dom Viol: | **N** | Case Type: | **F** |
| Comment: | | | | | |

### Bonding Information

| | | | | | |
|---|---|---|---|---|---|
| Bond amt: | **4000.00** | Bond type: | | Bond co: | |
| Rel date: | | Sure: | | CWIT: | |
| Jury Demand: | **Y** | | | Appeal Type | |

## Settings

## Disposition

## Sentence

EXHIBIT C

**Enforcement**

**Consolidated Case Action Summary**

**Consolidated Case Action Summary** TC

Date Time Code Comments

09/18/2002 08:39:23 JUDG ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01)

09/18/2002 08:39:24 STAT INITIAL STATUS SET TO: "J" - JAIL (AR01)

09/18/2002 08:39:25 FILE FILED ON: 09/18/2002 (AR01)

09/18/2002 08:39:26 ATY1 ATTORNEY FOR DEFENDANT: BAXLEY MARK HAMPTON (AR01)

09/18/2002 08:39:27 BOND BOND SET AT: $10000.00 (AR01)

09/18/2002 08:39:28 ARRS DEFENDANT ARRESTED ON: 05/21/2002 (AR01)

09/18/2002 08:39:29 INDT DEFENDANT INDICTED ON: 08/26/2002 (AR01)

09/18/2002 08:39:30 DAT1 SET FOR: ARRAIGNMENT ON 10/16/2002 AT 0900A(AR01)

09/18/2002 08:39:31 FILE CHARGE 01: POSS FORGED INSTR 2N/#CNTS: 001 (AR01)

09/18/2002 08:39:38 DAT2 SET FOR: JURY TRIAL ON 01/01/2003 AT 0830A (AR10)

09/18/2002 08:39:44 DAT2 SET FOR: JURY TRIAL ON 01/01/2003 AT 0830A (AR10)

09/18/2002 08:39:45 CASP CASE ACTION SUMMARY PRINTED (AR10)

09/18/2002 08:39:57 FESH FEE SHEET PRINTED (AR08)

10/01/2002 02:23:00 DOCK NOTICE SENT: 10/01/2002 STEVENSON DOUGLAS EDWARD

10/01/2002 02:25:00 DOCK NOTICE SENT: 10/01/2002 BAXLEY MARK HAMPTON

10/01/2002 02:28:00 DOCK NOTICE SENT: 10/01/2002 THOMPSON BONDS

10/07/2002 14:28:00 TEXT FILE OUT TO SEJ

10/15/2002 11:45:57 TEXT FILE BACK FROM SEJ

10/15/2002 11:46:56 DAT3 SET FOR: MTN TO RED BOND ON 11/12/2002 AT 1000A

10/30/2002 02:28:00 DAT2 CASE SET ON 01/13/2003

10/30/2002 02:28:00 NOTF NOTICE FLAG SET TO: N

11/08/2002 16:13:04 PRTY PARTY ADDED W001 BENNY BAXLEY (AW21)

11/08/2002 16:13:29 PRTY PARTY ADDED W002 JOANN CURRY (AW21)

11/08/2002 16:13:55 PRTY PARTY ADDED W003 JOYCE MARTIN (AW21)

11/08/2002 16:14:18 PRTY PARTY ADDED W004 WILLY WILLIAMSON (AW21)

11/08/2002 16:26:26 CASP CASE ACTION SUMMARY PRINTED (AR10)

11/12/2002 16:06:44 BOND BOND SET AT: $4000.00 (AR01)

11/18/2002 16:17:00 TEXT FILE TO LKA PER HIS REQUEST

12/04/2002 15:10:00 TEXT FILE BACK FROM LKA

12/20/2002 02:48:00 DAT2 CASE SET ON 02/10/2003

12/20/2002 02:48:00 NOTF NOTICE FLAG SET TO: N

01/08/2003 14:32:17 TEXT GONE TO JUDGE

01/14/2003 02:47:00 DAT2 CASE SET ON 03/10/2003

01/14/2003 02:47:00 NOTF NOTICE FLAG SET TO: N

01/23/2003 10:43:47 TEXT FILE BACK IN OFFICE

02/19/2003 02:47:55 DAT2 CASE SET ON 04/07/2003

02/19/2003 02:47:56 NOTF NOTICE FLAG SET TO: N

02/19/2003 15:51:15 DAT2 SET FOR: JURY TRIAL ON 03/11/2003 AT 0830A (AR10)

02/24/2003 15:41:11 SUBP WITNESS SUBPOENA ISSUED AWP24

02/28/2003 14:12:37 TEXT GONE TO SEJ WITH MOTION TO CONSOLIDATE

03/05/2003 14:46:59 ATTH CAS ATTACHMENT PRINTED (AR08)

03/17/2003 09:23:22 DJID DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ

03/17/2003 09:23:23 DISP CHARGE 01: POSS FORGED INSTR 2/#CNTS: 001 (AR10)

03/17/2003 09:23:24 DISP CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 03/11/2003

03/17/2003 09:24:04 CH01 DEFENDANT SENTENCED ON: 03/11/2003 (AR05)

03/17/2003 09:24:05 CH01 SENTENCE TO BEGIN ON: 03/11/2003 (AR05)

03/17/2003 09:24:06 CH01 IMPOSED CONFINEMENT: 15 YEARS (AR05)

03/17/2003 09:24:07 CH01 TOTAL CONFINEMENT: 15 YEARS (AR05)

03/17/2003 09:24:08 CH01 JAIL CREDIT: 259 DAYS (AR05)

03/17/2003 09:24:09 CH01 COST PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:24:10 CH01 FINE PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:24:11 CH01 FINE IMPOSED: $1500.00 (AR05)

03/17/2003 09:24:12 CH01 HISTORY FEE PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:24:13 CH01 CVCC PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:24:14 CH01 SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:24:15 CH01 RESTITUTION FOR R001 ORDERED BY THE COURT (AR05)

03/17/2003 09:24:16 CH01 HABITUAL OFFENDER PROVISION ORDERED BY THE COURT

03/17/2003 09:24:17 CH01 R001 REST AMOUNT ORDERED: $9904.19 (AR05)

03/17/2003 09:24:18 CH01 PENITENTIARY PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:24:19 CH01 CONCURRENT SENTENCE ORDERED BY THE COURT (AR05)

03/17/2003 09:24:20 D001 PAYMENT FREQUENCY SET TO: "L" (FE52)

03/17/2003 09:24:47 D001 ENFORCEMENT STATUS SET TO: "P" (FE52)

03/17/2003 09:25:27 TRSC TRANSCRIPT OF RECORD ISSUED: 03/17/2003 (AR08)

03/17/2003 09:34:22 CH01 RESTITUTION PROVISION FOR R001 DELETED (AR05)

03/17/2003 09:35:07 TRSC TRANSCRIPT OF RECORD ISSUED: 03/17/2003 (AR08)

07/15/2003 14:15:34 TEXT FILE TO SEJ.

07/21/2003 15:04:43 TEXT FILE BACK FROM SEJ

08/07/2003 15:08:00 TEXT FILE BACK FROM SEJ. 8-4-2003 STATE HAS

08/07/2003 15:08:01 TEXT 14 DAYS TO RESPOND. LITTLE, JUDGE

08/11/2003 15:47:00 TEXT FILE TO SEJ

09/16/2003 09:54:44 TEXT JUDY KELLY TOOK FILE TO JUDGE.

**Images**

**Witness List**

**Financial**

**Motions**




Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/2!

Main Menu

**Search**

- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**

- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**

- My Alacourt

**Administration**

- Update User Info

County: **38 - HOUSTON** Monitor Case Number: **CC-2002-001168.60** NOTICE
Name: **STEVENSON DOUGLAS EDWARD**
Charge: **RULE**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **38 - HOUSTON** | Case N°: | **CC-2002-001168.60** | JID: | **SEJ SIDNEY E.** |
| Filed: | **09/09/2003** | AAGCY: | **S State** | Muni N°: | **00** |
| Arrest date: | | Offe date: | | ORI: | |
| Indict date: | | Grand jury: | | Atty 1: | |
| Tracking N°'s: | **0/0/0** | | | | |
| Date: | | Que: | Time: | Desc: | |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | **STEVENSON DOUGLAS EDWARD** | Alias 1: | | | |
| DOB: | **04/25/1957** | SSN: | **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** | Driv License N°: | |
| Height : | **5'08"** | Weight: | **180** | Race/Sex: | **Black /M** |
| SID: | **ALO** | YDate: | | AIS: | |
| Address 1: | **EASTERLING CORR. FAC.** | | | Address 2: | **P. O. BOX 10** |
| Zip: | **36017** | City: | **CLIO** | State: | **AL** |

### Prosecutor and Attorney Info

| | | |
|---|---|---|
| Prosecutor: | Name: | Prosecutor Flag: |
| Attorney 1: | Name: | Attorney 1 Flag: |
| Attorney 2: | Name: | Attorney 2 Flag: |

### Warrant Information

| | | |
|---|---|---|
| Warrant Date: | WARACT: | WARLOC |
| BP ISS: | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | **RULE** | Statute: | **RULE 32-FELONY** | Stat Name: | **RULE 32** |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | **N** | Dom Viol: | **N** | Case Type: | **F** |
| Comment: | | | | | |

### Bonding Information

| | | | | | |
|---|---|---|---|---|---|
| Bond amt: | **0.00** | Bond type: | | Bond co: | |
| Rel date: | | Sure: | | CWIT: | |
| Jury Demand: | **Y** | | | Appeal Type | |

## Settings

## Disposition

## Sentence

## Enforcement

## Consolidated Case Action Summary

**Consolidated Case Action SummaryTC**

| Date | Time | Code | Comments |
|---|---|---|---|
| 09/10/2003 | 15:04:25 | JUDG | ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01) |
| 09/10/2003 | 15:04:26 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) |
| 09/10/2003 | 15:04:27 | FILE | FILED ON: 09/09/2003 (AR01) |
| 09/10/2003 | 15:04:28 | FILE | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR01) |
| 09/10/2003 | 15:08:33 | CASP | CASE ACTION SUMMARY PRINTED (AR01) |
| 10/08/2003 | 08:25:24 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ |
| 10/08/2003 | 08:25:25 | DISP | CHARGE 01 DISPOSED BY: PET DENIED ON: 10/03/2003 |
| 10/08/2003 | 08:25:26 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 10/21/2003 | 15:56:00 | TEXT | FILE TO SEJ. |
| 11/06/2003 | 09:06:16 | APDT | APPEAL DATE CHANGED FROM: 00/00/0000 (AR11) |
| 11/06/2003 | 09:06:17 | APTY | APPEAL TYPE CHANGED FROM: (AR11) |
| 11/06/2003 | 09:06:18 | ATYW | ATYW TYPE CHANGED FROM: (AR11) |
| 11/06/2003 | 09:06:19 | INTR | INDTRL TYPE CHANGED FROM: (AR11) |
| 11/06/2003 | 09:06:20 | IRA0 | IRA TYPE CHANGED FROM: (AR11) |
| 02/13/2004 | 15:10:49 | DISP | BY: U - UPHELD ON: 02/13/2004 (AR11) |

## Images

## Witness List

## Financial

## Motions




Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/2!

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County: **38 - HOUSTON** Monitor Case Number: **CC-2002-001168.61** NOTICE
Name: **STEVENSON DOUGLAS EDWARD**
Charge: **RULE**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **38 - HOUSTON** | Case N°: | **CC-2002-001168.61** | JID: | **SEJ SIDNEY E.** |
| Filed: | **06/09/2005** | AAGCY: | **S State** | Muni N°: | **00** |
| Arrest date: | | Offe date: | | ORI: | |
| Indict date: | | Grand jury: | | Atty 1: | |
| Tracking N°'s: | **DC200200132800/0/0** | | | | |
| Date: | | Que: | Time: | Desc: | |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | **STEVENSON DOUGLAS EDWARD** | Alias 1: | | | |
| DOB: | **04/25/1957** | SSN: | **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** | Driv License N°: | |
| Height : | **5'08"** | Weight: | **180** | Race/Sex: | **Black /M** |
| SID: | **AL0** | YDate: | | AIS: | |
| Address 1: | **EASTERLING CORR. FAC.** | | | Address 2: | **200 WALLACE D** |
| Zip: | **36017** | City: | **CLIO** | State: | **AL** |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | VAL002 | Name: | **VALESKA DOUGLAS A** | Prosecuto |
| Attorney 1: | | Name: | | Attorney : |
| Attorney 2: | | Name: | | Attorney : |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Date: | | WARACT: | WARLOC |
| BP ISS: | | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | **RULE** | Statute: | **RULE 32-FELONY** | Stat Name: | **RULE 32** |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | **N** | Dom Viol: | **N** | Case Type: | **F** |
| Comment: | - | | | | |

### Bonding Information

| | | | | |
|---|---|---|---|---|
| Bond amt: | **0.00** | Bond type: | | Bond co: |
| Rel date: | | Sure: | | CWIT: |
| Jury Demand: | **Y** | | | Appeal Type |

## Settings

## Disposition

## Sentence

## Enforcement

## Consolidated Case Action Summary

**Consolidated Case Action Summary**TC

| Date | Time | Code | Comments |
|---|---|---|---|
| 06/15/2005 | 16:02:30 | JUDG | ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01) |
| 06/15/2005 | 16:02:31 | FILE | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR01) |
| 06/15/2005 | 16:02:32 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) |
| 06/15/2005 | 16:02:33 | FILE | FILED ON: 06/09/2005 (AR01) |
| 06/15/2005 | 16:02:36 | CASP | CASE ACTION SUMMARY PRINTED (AR10) |
| 06/17/2005 | 11:05:42 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ |
| 06/17/2005 | 11:05:43 | DISP | CHARGE 01 DISPOSED BY: DISMISSED ON: 06/16/2005 |
| 06/17/2005 | 11:05:44 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 06/17/2005 | 11:05:45 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) |

## Images

## Witness List

## Financial

## Motions




Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/2!

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County: **38 - HOUSTON** Monitor Case Number: **CC-2002-001168.62** NOTICE
Name: **STEVENSON DOUGLAS EDWARD**
Charge: **RULE**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **38 - HOUSTON** | Case N°: | **CC-2002-001168.62** | JID: | **SEJ SIDNEY E.** |
| Filed: | **09/15/2005** | AAGCY: | **S State** | Muni N°: | **00** |
| Arrest date: | | Offe date: | | ORI: | |
| Indict date: | | Grand jury: | | Atty 1: | PRS001-A |
| Tracking N°'s: | **DC200200132800/0/0** | | | | |
| Date: | | Que: | Time: | Desc: | |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | **STEVENSON DOUGLAS EDWARD** | Alias 1: | | | |
| DOB: | **04/25/1957** | SSN: | **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** | Driv License N°: | |
| Height : | **5'08"** | Weight: | **180** | Race/Sex: | **Black /M** |
| SID: | **ALO** | YDate: | | AIS: | |
| Address 1: | **200 WALLACE DR** | | | Address 2: | **P OBOX 10** |
| Zip: | **36017** | City: | **CLIO** | State: | **AL** |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | VAL002 | Name: | **VALESKA DOUGLAS A** | Prosecuto |
| Attorney 1: | PRS001-A | Name: | **PRO SE** | Attorney : |
| Attorney 2: | | Name: | | Attorney : |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Date: | | WARACT: | WARLOC |
| BP ISS: | | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | **RULE** | Statute: | **RULE 32-FELONY** | Stat Name: | **RULE 32** |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | **N** | Dom Viol: | **N** | Case Type: | **F** |
| Comment: | | | | | |

### Bonding Information

| | | | | | |
|---|---|---|---|---|---|
| Bond amt: | **0.00** | Bond type: | | Bond co: | |
| Rel date: | | Sure: | | CWIT: | |
| Jury Demand: | **Y** | | | Appeal Type | |

## Settings

## Disposition

## Sentence

## Enforcement

## Consolidated Case Action Summary

**Consolidated Case Action Summary**TC

| Date | Time | Code | Comments |
|---|---|---|---|
| 09/16/2005 | 08:58:35 | JUDG | ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01) |
| 09/16/2005 | 08:58:36 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) |
| 09/16/2005 | 08:58:37 | FILE | FILED ON: 09/15/2005 (AR01) |
| 09/16/2005 | 08:58:38 | ATY1 | ATTORNEY FOR DEFENDANT: PRO SE (AR01) |
| 09/16/2005 | 08:58:39 | FILE | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR01) |
| 09/16/2005 | 08:58:47 | CASP | CASE ACTION SUMMARY PRINTED (AR10) |
| 09/28/2005 | 11:20:28 | COMM | 9-28-05 SUMMRAY DISPOSITION (AR10) |
| 10/14/2005 | 15:28:28 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ |
| 10/14/2005 | 15:28:29 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 10/14/2005 | 15:28:30 | DISP | CHARGE 01 DISPOSED BY: PET DENIED ON: 10/11/2005 |
| 11/15/2005 | 13:59:20 | ADD1 | ADDR1 CHANGED FROM: EASTERLING CORR. FAC. (AR01) |
| 11/15/2005 | 13:59:21 | ADD2 | ADDR2 CHANGED FROM: 200 WALLACE DR (AR01) |
| 11/15/2005 | 14:02:44 | APDT | APPEAL DATE CHANGED FROM: 00/00/0000 (AR11) |
| 11/15/2005 | 14:02:45 | INTR | INDTRL TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:02:46 | APTY | APPEAL TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:02:47 | IRA0 | IRA TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:02:48 | ATYW | ATYW TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:02:49 | PROS | PROSECUTOR CHANGED FROM: (AR11) |
| 11/15/2005 | 14:02:50 | ATY1 | ATTY 1 CHANGED FROM: (AR11) |
| 11/15/2005 | 14:02:51 | ATY1 | ATTY 1 TYPE CHANGED FROM: (AR11) |
| 12/08/2005 | 15:34:15 | COMM | 12-8-05 MOTION SUPPLEMENT (AR10) |
| 04/26/2006 | 17:36:38 | DISP | BY: A - OTHER ON: 04/21/2006 (AR11) |

## Images

## Witness List

## Financial

## Motions



Company Name: ATTORNEY GENERALS OFFICE    User ID: JMPORTER    Last login Date: 10/2!

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County: **38 - HOUSTON** Monitor Case Number: **CC-2002-001169.00** NOTICE
Name: **STEVENSON DOUGLAS EDWARD**
Charge: **CPF2**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 38 - HOUSTON | Case N°: | CC-2002-001169.00 | JID: | SEJ SIDNEY E. J. |
| Filed: | 09/18/2002 | AAGCY: | S State | Muni N°: | 00 |
| Arrest date: | 05/21/2002 | Offe date: | 05/14/2002 | ORI: | 0380100 |
| Indict date: | 08/26/2002 | Grand jury: | 59 | Atty 1: | |
| Tracking N°'s: | DC200200132900/0/0 | | | | |
| Date: | 10/16/2002 | Que: | 001 Time: 09:00 AM | Desc: | ARRG ARRAIGNI |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | STEVENSON DOUGLAS EDWARD | Alias 1: | | | |
| DOB: | 04/24/1957 | SSN: | 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 | Driv License N°: | |
| Height : | 5'08" | Weight: | 180 | Race/Sex: | Black /M |
| SID: | AL0 | YDate: | | AIS: | |
| Address 1: | C/O HOUSTON COUNTY JAIL | | | Address 2: | 901 E MAIN STI |
| Zip: | 36301 | City: | DOTHAN | State: | AL |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | BIN002 | Name: | BINFORD HENRY D | Prosecutor |
| Attorney 1: | | Name: | | Attorney 1 |
| Attorney 2: | | Name: | | Attorney 2 |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Date: | | WARACT: | WARLOC |
| BP ISS: | | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | CPF2 | Statute: | POSS FORGED INSTR 2ND | Stat Name: | 13A-009-006 |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | N | Dom Viol: | N | Case Type: | F |
| Comment: | | | | | |

### Bonding Information

| | | | | |
|---|---|---|---|---|
| Bond amt: | 4000.00 | Bond type: | | Bond co: |
| Rel date: | | Sure: | | CWIT: |
| Jury Demand: | Y | | | Appeal Type |

## Settings

## Disposition

## Sentence



**Enforcement**

**Consolidated Case Action Summary**

**Consolidated Case Action Summary**TC

Date Time Code Comments

09/18/2002 08:46:42 JUDG ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01)

09/18/2002 08:46:43 FILE CHARGE 01: POSS FORGED INSTR 2N/#CNTS: 001 (AR01)

09/18/2002 08:46:44 BOND BOND SET AT: $10000.00 (AR01)

09/18/2002 08:46:45 FILE FILED ON: 09/18/2002 (AR01)

09/18/2002 08:46:46 STAT INITIAL STATUS SET TO: "J" - JAIL (AR01)

09/18/2002 08:46:47 INDT DEFENDANT INDICTED ON: 08/26/2002 (AR01)

09/18/2002 08:46:48 DAT1 SET FOR: ARRAIGNMENT ON 10/16/2002 AT 0900A(AR01)

09/18/2002 08:46:49 ARRS DEFENDANT ARRESTED ON: 05/21/2002 (AR01)

09/18/2002 08:46:50 ATY1 ATTORNEY FOR DEFENDANT: BAXLEY MARK HAMPTON (AR01)

09/18/2002 08:46:57 DAT2 SET FOR: JURY TRIAL ON 01/01/2003 AT 0830A (AR10)

09/18/2002 08:47:00 DAT2 SET FOR: JURY TRIAL ON 01/01/2003 AT 0830A (AR10)

09/18/2002 08:47:01 CASP CASE ACTION SUMMARY PRINTED (AR10)

09/18/2002 08:47:11 FESH FEE SHEET PRINTED (AR08)

10/01/2002 02:23:00 DOCK NOTICE SENT: 10/01/2002 STEVENSON DOUGLAS EDWARD

10/01/2002 02:25:00 DOCK NOTICE SENT: 10/01/2002 BAXLEY MARK HAMPTON

10/01/2002 02:28:00 DOCK NOTICE SENT: 10/01/2002 THOMPSON BONDS

10/07/2002 14:28:00 TEXT FILE OUT TO SEJ

10/15/2002 11:46:07 TEXT FILE BACK FROM SEJ

10/15/2002 11:47:14 DAT3 SET FOR: MTN TO RED BOND ON 11/12/2002 AT 1000A

10/30/2002 02:28:00 DAT2 CASE SET ON 01/13/2003

10/30/2002 02:28:00 NOTF NOTICE FLAG SET TO: N

11/08/2002 16:15:00 PRTY PARTY ADDED W001 JIMMY CHANDLER (AW21)

11/08/2002 16:16:09 PRTY PARTY ADDED W002 JOANN CURRY (AW21)

11/08/2002 16:16:32 PRTY PARTY ADDED W003 JOYCE MARTIN (AW21)

11/08/2002 16:18:03 PRTY PARTY ADDED W004 WILLY WILLIAMSON (AW21)

11/12/2002 16:07:29 BOND BOND SET AT: $4000.00 (AR01)

11/18/2002 16:17:00 TEXT FILE TO LKA PER HIS REQUEST

12/04/2002 15:10:00 TEXT FILE BACK FROM LKA

12/20/2002 02:48:00 DAT2 CASE SET ON 02/10/2003

12/20/2002 02:48:00 NOTF NOTICE FLAG SET TO: N

01/08/2003 14:32:46 TEXT GONE TO JUDGE

01/14/2003 02:47:00 DAT2 CASE SET ON 03/10/2003

01/14/2003 02:47:00 NOTF NOTICE FLAG SET TO: N

01/23/2003 10:43:56 TEXT FILE BACK IN OFFICE

02/19/2003 02:47:57 DAT2 CASE SET ON 04/07/2003

02/19/2003 02:47:58 NOTF NOTICE FLAG SET TO: N

02/19/2003 15:51:25 DAT2 SET FOR: JURY TRIAL ON 03/11/2003 AT 0830A (AR10)

02/24/2003 15:41:11 SUBP WITNESS SUBPOENA ISSUED AWP24

02/28/2003 14:13:18 TEXT GONE TO SEJ WITH MT. TO CONSOLIDATE.

03/05/2003 14:47:05 ATTH CAS ATTACHMENT PRINTED (AR08)

03/17/2003 09:25:55 DJID DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ

03/17/2003 09:25:56 DISP CHARGE 01: POSS FORGED INSTR 2/#CNTS: 001 (AR10)

03/17/2003 09:25:57 DISP CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 03/11/2003

03/17/2003 09:36:51 CH01 DEFENDANT SENTENCED ON: 03/11/2003 (AR05)

03/17/2003 09:36:52 CH01 HISTORY FEE PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:36:53 CH01 IMPOSED CONFINEMENT: 15 YEARS (AR05)

03/17/2003 09:36:54 CH01 SENTENCE TO BEGIN ON: 03/11/2003 (AR05)

03/17/2003 09:36:55 CH01 TOTAL CONFINEMENT: 15 YEARS (AR05)

03/17/2003 09:36:56 CH01 COST PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:36:57 CH01 FINE PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:36:58 CH01 FINE IMPOSED: $1500.00 (AR05)

03/17/2003 09:36:59 CH01 JAIL CREDIT: 259 DAYS (AR05)

03/17/2003 09:37:00 CH01 CVCC PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:37:00 CH01 SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:37:00 CH01 PENITENTIARY PROVISION ORDERED BY THE COURT (AR05)

03/17/2003 09:37:00 CH01 CONCURRENT SENTENCE ORDERED BY THE COURT (AR05)

03/17/2003 09:37:00 CH01 HABITUAL OFFENDER PROVISION ORDERED BY THE COURT

03/17/2003 09:37:07 D001 PAYMENT FREQUENCY SET TO: "L" (FE52)

03/17/2003 09:37:38 D001 ENFORCEMENT STATUS SET TO: "P" (FE52)

03/17/2003 09:38:18 TRSC TRANSCRIPT OF RECORD ISSUED: 03/17/2003 (AR08)

07/15/2003 14:16:17 TEXT FILE TO SEJ

07/21/2003 15:04:55 TEXT FILE BACK FROM SEJ

08/07/2003 15:08:00 TEXT FILE BACK FROM SEJ. 8-4-2003 STATE HAS

08/07/2003 15:08:01 TEXT 14 DAYS TO RESPOND. LITTLE, JUDGE

08/11/2003 15:47:00 TEXT FILE TO SEJ

09/16/2003 09:55:03 TEXT JUDY KELLY TOOK FILE TO JUDGE.

## Images

## Witness List

## Financial

**Motions**




Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/2!

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County: **38 - HOUSTON** Monitor Case Number: **CC-2002-001169.60** NOTICE
Name: **STEVENSON DOUGLAS EDWARD**
Charge: **RULE**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **38 - HOUSTON** | Case N°: | **CC-2002-001169.60** | JID: | **SEJ SIDNEY E.** |
| Filed: | **09/09/2003** | AAGCY: | **S State** | Muni N°: | **00** |
| Arrest date: | | Offe date: | | ORI: | |
| Indict date: | | Grand jury: | | Atty 1: | |
| Tracking N°'s: | **0/0/0** | | | | |
| Date: | | Que: | Time: | Desc: | |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | **STEVENSON DOUGLAS EDWARD** | Alias 1: | | | |
| DOB: | **04/25/1957** | SSN: | **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** | Driv License N°: | |
| Height : | **5'08"** | Weight: | **180** | Race/Sex: | **Black /M** |
| SID: | **ALO** | YDate: | | AIS: | |
| Address 1: | **EASTERLING CORR. FAC.** | | | Address 2: | **P. O. BOX 10** |
| Zip: | **36017** | City: | **CLIO** | State: | **AL** |

### Prosecutor and Attorney Info

| | | |
|---|---|---|
| Prosecutor: | Name: | Prosecutor Flag: |
| Attorney 1: | Name: | Attorney 1 Flag: |
| Attorney 2: | Name: | Attorney 2 Flag: |

### Warrant Information

Warrant Date: WARACT: WARLOC
BP ISS: BP RTN:

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | **RULE** | Statute: | **RULE 32-FELONY** | Stat Name: | **RULE 32** |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | **N** | Dom Viol: | **N** | Case Type: | **F** |
| Comment: | | | | | |

### Bonding Information

| | | | | | |
|---|---|---|---|---|---|
| Bond amt: | **0.00** | Bond type: | | Bond co: | |
| Rel date: | | Sure: | | CWIT: | |
| Jury Demand: | **Y** | | | Appeal Type | |

## Settings

## Disposition

## Sentence

## Enforcement

## Consolidated Case Action Summary

**Consolidated Case Action SummaryTC**

| Date | Time | Code | Comments |
|---|---|---|---|
| 09/10/2003 | 15:04:40 | JUDG | ASSIGNED TO: (SEJ) SIDNEY E. JACKSON (AR01) |
| 09/10/2003 | 15:04:41 | FILE | FILED ON: 09/09/2003 (AR01) |
| 09/10/2003 | 15:04:42 | FILE | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR01) |
| 09/10/2003 | 15:04:43 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) |
| 09/10/2003 | 15:08:49 | CASP | CASE ACTION SUMMARY PRINTED (AR01) |
| 10/08/2003 | 08:25:43 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ |
| 10/08/2003 | 08:25:44 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 10/08/2003 | 08:25:45 | DISP | CHARGE 01 DISPOSED BY: PET DENIED ON: 10/03/2003 |
| 10/21/2003 | 15:56:00 | TEXT | FILE TO SEJ. |
| 11/06/2003 | 09:06:23 | APDT | APPEAL DATE CHANGED FROM: 00/00/0000 (AR11) |
| 11/06/2003 | 09:06:24 | APTY | APPEAL TYPE CHANGED FROM: (AR11) |
| 11/06/2003 | 09:06:25 | INTR | INDTRL TYPE CHANGED FROM: (AR11) |
| 11/06/2003 | 09:06:26 | ATYW | ATYW TYPE CHANGED FROM: (AR11) |
| 11/06/2003 | 09:06:27 | IRA0 | IRA TYPE CHANGED FROM: (AR11) |
| 02/13/2004 | 15:11:06 | DISP | BY: U - UPHELD ON: 02/13/2004 (AR11) |

## Images

## Witness List

## Financial

## Motions




Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/2!

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County: **38 - HOUSTON** Monitor Case Number: **CC-2002-001169.61** NOTICE

Name: **STEVENSON DOUGLAS EDWARD**

Charge: **RULE**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **38 - HOUSTON** | Case N°: | **CC-2002-001169.61** | JID: | **SEJ SIDNEY E.** |
| Filed: | **06/09/2005** | AAGCY: | **S State** | Muni N°: | **00** |
| Arrest date: | | Offe date: | | ORI: | |
| Indict date: | | Grand jury: | | Atty 1: | |
| Tracking N°'s: | **DC200200132900/0/0** | | | | |
| Date: | | Que: | Time: | Desc: | |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | **STEVENSON DOUGLAS EDWARD** | Alias 1: | | | |
| DOB: | **04/25/1957** | SSN: | **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** | Driv License N°: | |
| Height : | **5'08"** | Weight: | **180** | Race/Sex: | **Black /M** |
| SID: | **ALO** | YDate: | | AIS: | |
| Address 1: | **EASTERLING CORR. FAC.** | | | Address 2: | **2100 WALLACE** |
| Zip: | **36017** | City: | **CLIO** | State: | **AL** |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | VAL002 | Name: | **VALESKA DOUGLAS A** | Prosecuto |
| Attorney 1: | | Name: | | Attorney : |
| Attorney 2: | | Name: | | Attorney : |

### Warrant Information

| | | |
|---|---|---|
| Warrant Date: | WARACT: | WARLOC |
| BP ISS: | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | **RULE** | Statute: | **RULE 32-FELONY** | Stat Name: | **RULE 32** |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | **N** | Dom Viol: | **N** | Case Type: | **F** |
| Comment: | | | | | |

### Bonding Information

| | | | | |
|---|---|---|---|---|
| Bond amt: | **0.00** | Bond type: | | Bond co: |
| Rel date: | | Sure: | | CWIT: |
| Jury Demand: | **Y** | | | Appeal Type |

## Settings

## Disposition

## Sentence

**Enforcement**

**Consolidated Case Action Summary**

**Images**

**Witness List**

**Financial**

**Motions**




Company Name: ATTORNEY GENERALS OFFICE User ID: JMPORTER Last login Date: 10/2!

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County: **38 - HOUSTON** Case Number: **CC-2002-001169.62** NOTICE
Name: **STEVENSON DOUGLAS EDWARD**
Charge: **RULE**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 38 - HOUSTON | Case N°: | CC-2002-001169.62 | JID: | SEJ SIDNEY E. |
| Filed: | 09/15/2005 | AAGCY: | S State | Muni N°: | 00 |
| Arrest date: | | Offe date: | | ORI: | |
| Indict date: | | Grand jury: | | Atty 1: | PRS001-A |
| Tracking N°'s: | DC200200132900/0/0 | | | | |
| Date: | | Que: | Time: | Desc: | |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | STEVENSON DOUGLAS EDWARD | Alias 1: | | | |
| DOB: | 04/25/1957 | SSN: | 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 | Driv License N°: | |
| Height : | 5'08" | Weight: | 180 | Race/Sex: | Black /M |
| SID: | ALO | YDate: | | AIS: | |
| Address 1: | 200 WALLACE DR | | | Address 2: | PO BOX 10 |
| Zip: | 36017 | City: | CLIO | State: | AL |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | VAL002 | Name: | VALESKA DOUGLAS A | Prosecuto |
| Attorney 1: | PRS001-A | Name: | PRO SE | Attorney : |
| Attorney 2: | | Name: | | Attorney : |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Date: | | WARACT: | WARLOC |
| BP ISS: | | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | RULE | Statute: | RULE 32-FELONY | Stat Name: | RULE 32 |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | N | Dom Viol: | N | Case Type: | F |
| Comment: | | | | | |

### Bonding Information

| | | | | | |
|---|---|---|---|---|---|
| Bond amt: | 0.00 | Bond type: | | Bond co: | |
| Rel date: | | Sure: | | CWIT: | |
| Jury Demand: | Y | | | Appeal Type | |

## Settings

## Disposition

## Sentence

## Enforcement

## Consolidated Case Action Summary

**Consolidated Case Action Summary**TC

| Date | Time | Code | Comments |
|---|---|---|---|
| 09/16/2005 | 08:59:13 | JUDG | ASSIGNED TO: (SEJ) (AR01) |
| 09/16/2005 | 08:59:14 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) |
| 09/16/2005 | 08:59:15 | FILE | FILED ON: 09/15/2005 (AR01) |
| 09/16/2005 | 08:59:16 | FILE | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR01) |
| 09/16/2005 | 08:59:23 | ATY1 | ATTORNEY FOR DEFENDANT: PRO SE (AR10) |
| 09/16/2005 | 08:59:24 | CASP | CASE ACTION SUMMARY PRINTED (AR10) |
| 09/28/2005 | 11:20:41 | COMM | 9-28-05 MOTION SUMMARY DISPOSITION (AR10) |
| 10/14/2005 | 15:28:41 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: SEJ |
| 10/14/2005 | 15:28:42 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 10/14/2005 | 15:28:43 | DISP | CHARGE 01 DISPOSED BY: PET DENIED ON: 10/11/2005 |
| 11/15/2005 | 13:59:34 | ADD1 | ADDR1 CHANGED FROM: EASTERLING CORR. FAC. (AR01) |
| 11/15/2005 | 13:59:35 | ADD2 | ADDR2 CHANGED FROM: 2100 WALLACE DR (AR01) |
| 11/15/2005 | 14:03:02 | APDT | APPEAL DATE CHANGED FROM: 00/00/0000 (AR11) |
| 11/15/2005 | 14:03:03 | APTY | APPEAL TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:03:04 | INTR | INDTRL TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:03:05 | ATYW | ATYW TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:03:06 | IRA0 | IRA TYPE CHANGED FROM: (AR11) |
| 11/15/2005 | 14:03:07 | PROS | PROSECUTOR CHANGED FROM: (AR11) |
| 11/15/2005 | 14:03:08 | ATY1 | ATTY 1 CHANGED FROM: (AR11) |
| 11/15/2005 | 14:03:09 | ATY1 | ATTY 1 TYPE CHANGED FROM: (AR11) |
| 12/08/2005 | 15:34:29 | COMM | 12-8-05 MOTION SUPPLEMENT (AR10) |
| 04/26/2006 | 17:37:03 | DISP | BY: A - OTHER ON: 04/21/2006 (AR11) |

## Images

| Key | Date | Pages | Document Type | Name |
|---|---|---|---|---|

## Witness List

## Financial

## Motions

PORTER 60687

# THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

**CR-03-0200**

Douglas Edward Stevenson v. State of Alabama (Appeal from Houston Circuit Court: CC02-165.60; CC02-1166.60; CC02-1168.60; CC02-1169.60; CC02-1170.60).

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on January 23rd 2004:

**Affirmed by Memorandum.**

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

**Witness. Lane W. Mann, Clerk**
**Court of Criminal Appeals, on this**
**the 11th day of February, 2004.**

Lane W. Mann

**Clerk**
**Court of Criminal Appeals**
**State of Alabama**

cc: Hon. Sidney Edward Jackson, Circuit Judge
Hon. Judy Byrd, Circuit Clerk
Douglas Edward Stevenson, Pro Se
John M. Porter, Asst. Atty. Gen.

