IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS E. STEVENSON, #228063, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-898-MEF |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the answer filed by the respondents on October 30, 2006, and as the respondents fail to submit relevant state court documents as exhibits to the answer, it is

ORDERED that on or before November 20, 2006 the respondents shall file a supplement to their answer which contains copies of the five Rule 32 petitions filed by the petitioner in the state courts and all decisions issued by the state courts addressing the claims presented in such petitions.

Done this 31st day of October, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE