In The United States District Court For the
Middle District of Alabama Southern Division

RECEIVED

2006 NOV 27 A 10: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Douglas Edward Stevenson

Petitioner     Pro se

-Vs-

Gwendolyn Mosley, et al

Respondents

Re: Habeas Corpus Action
State Court Case Numbers

02-1165-62;   02-1166.62;
02-1163-62,   02-1169.62;
02-1170-62;.

Case here No: 1:06-CV-898-MEF

## Petition For Writ of Injunction

Come now Petitioner Douglas E. Stevenson, pro se. Pursuant to the appropriate Rule and Authority herein respectfully Petitions this Honorable Court for a writ of injunction ordering prison officials to cease and desist from their decision to send Petitioner to the State of New Jersey upon the experation of the Sentence he is Serving. Because Prison officials are acting in an arbitrary and evil manner by Continuing to hold an illegal detainer warrant in Petitioners prison file. Ignoring the fact that Petitioner had established the fact that said detainer had Not only been ordered dismissed by a Competent judicial Court of law and the fact that Petitioner had established that originally there had been a Mistaken

Identity that had Caused the detainer at issue to be placed in Petitioner's Prison file — and it had been ordered dismissed.

Please See: Exhibit A, B, and C.... Exhibit A. Will Show from the State of New Jersey Superior Court States "No Information has been found in our manual or computer Systems You have no Detainer in Essex County Superior Court Thank You."           Exhibit B. Will Clearly Show From The State of New Jersey Department of Corrections "that their is No New Jersey Detainers, Warrants, Arrests, Convictions, Prison Stays or Parole Violations from 1979 to 2005." Exhibit C. Will Clearly Show from the Alabama Department of Corrections Facility, Classification Department that, "Yes, your Case have been dismissed by the Courts. Which means Absolutey Nothin. You will return to New Jersey on these Cases."

For the ends of Justice to prevail, Petitioner humbly request that this Honorable Court to please take Judicial Notice of the Prison officials Continual arbitrary Stance in refusing to remove the illegal detainer Warrant out of Petitioner's Prison files and their determination to — regardless

-2-

of Court order. Please See Exhibit "e" to send or transport Petitioner to the State of New Jersey upon the experation of his present Sentence, as Such Transportation Would Cause an unjustifiable and illegal heavy mental and financial burden of Petitioner, Who is already Suffering under the burden of having Said illegal detainer Still in his Prison file being treated as still active by Prison officials.

Wherefore, Petitioner ask on Premises Considered that this Honorable Court to issue Whateve order or mandate as is Necessary to Cause Prison officials to Cease and desist from their determination to Transport Petition to the State of New Jersey upon the experation of his Present Sentence. Because as all of the exhibits Clearly Shows, New Jersey does not have any Pending Warrants, against Petitioner, And No Detainer Warrants of any Kind.

It is So Prayed,

Respectfully Submitted
/s/ Dougls E. Stevenson
Douglas Edward Stevenson, Pro se

Certificate Of Service

Douglas Edward Stevenson, herein avows and states under oath that a true copy of the attach - Motion for An injunction in Case no. 1:06-cv-898-MEF.

is being sent by U.S. Mail properly addressed to the Respondents Attorneys At their listed Address.

John M. Porter, Esq.
Assistant Attorney General
Alabama State House
11 South union Street
Montgomery, Alabama 36130-0152

On November 13th 2006

Subscribed and Sworn to before me a Notary Public on November 13th 2006

/s/ Donald Simmons
Notary

/s/ Douglas E. Stevenson
Douglas Edward Stevenson, Affiant
A.I.S. No. 228063-7-13-48
Easterling Corr. Facility
200 Wallace Drive
Clio Alabama 36017

My Commission on expires on

DONALD SIMMONS
Notary Public, AL State at Large
My Comm. Expires Aug. 3, 2009

# SUPERIOR COURT OF NEW JERSEY
## ESSEX VICINAGE

**CRIMINAL DIVISION**



**ESSEX COUNTY COURTS**
**NEWARK, NEW JERSEY**

Date: _7-13-05_

~~CRIMINAL RECORDS RM 1~~
~~NEW COURTS BUILDING~~
~~50 WEST MARKET STREET~~
~~NEWARK, NJ 07102~~

Re: _Detainer_

Dear _Mr Stevenson_

**Your written request cannot be processed for the following reason(s):**

✓    No information has been found in our manual or computer systems

_____    The information that was provided is insufficient

_____    The case has been disposed of by the Court and is no longer a pending matter

_____    The request must be re-submitted with the Indictment or Accusation number(s)

_____    For Court Transcript requests, contact:    **Ms. Deborah Menzel**
Supervisor, Court Reporters
Superior Court of NJ – Essex Vicinage
50 West Market Street, Room 165, NC
Newark, NJ 07102

✓    Other: _You have no detainer in Essex_
_County Superior Court_
_Thank you_

B-1

Side 1

State of New Jersey
Central Office Headquarters
Attn: Ms. Patricia Lee
OPRA. Liaison
P.O.Box 863. Cubberly Building
Trenton, New Jersey 08625

Douglas Edward Stevenson
#228063 7B-99
Easterling Corr. Facility
200 Wallace Dr.
Clio, Alabama 36017

Re: New Jersey Criminal Records Check        06-____-06

Dear Honorable Clerk:

    I write this letter in good faith with the hope and prayers you will be able to assist me under the Freedom of Information Act.

    Here in Alabama i'm serving time for the Charges of Rec. Stolen Property and Poss. of Forged Instrument and, and my Prison Classification Officer claims i have a detainer in your State, if i do, i would like to know from what Agency and why, because i have never been arrested in your State for anything, therefore, if you would please check your Criminal History Manual and Computer System to see if my name comes up anywhere.

Please check for; Warrants, Detainers, Arrests, Convictions, Prison stays, or Parole Violations. From 1979-2005.

    My Full name is:   Douglas Edward Stevenson
    Social Security No. is  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
    Date of Birth     is  April. 25. 1957
    Place of Birth    is  Bronx. New York
    F.B.I. number     is  342050-P-8

RECEIVED

JUL 12 2006

EXTERNAL AFFAIRS

Alias names; Doug, Douggie, Steven, Steve, Ed, Eddie,
Again my full name is: Douglas Edward Stevenson

    This misinformation is causing me a lot of harm in my Classification among other things, so i would appreciate very much your prompt reply, if possible, please respond on your Agencys or Department Letter Head paper, so it will be no doubt of the authenticity of the information you furnish me.



## State of New Jersey
DEPARTMENT OF CORRECTIONS
WHITTLESEY ROAD
PO BOX 863
TRENTON NJ 08625-0863

JON S. CORZINE
*Governor*

GEORGE W. HAYMAN
*Acting Commissioner*

July 13, 2006


Douglas Edward Stevenson, #228063 7B-99
Easterling Correctional Facility
P. O. Box 10
Clio, Alabama 36017

Dear Ms. Stevenson:

The Department of Corrections is in receipt of your letter stating that the classification officer at the Easterling Correctional Facility is claiming that you have a detainer in the State of New Jersey and requesting verification of any detainers, warrants, arrests, convictions, prison stays or parole violations from 1979 to 2005.

A review of the Department of Corrections' Offender Based Correctional Information System revealed no records of an individual named Douglas Edward Stevenson, however, this database only provides information on state-sentenced inmates who are or were previously under the jurisdiction of the New Jersey Department of Corrections.

You may wish to obtain information relevant to the detainer in question from the Easterling Correctional Facility Classification Department and correspond with the township and/or county that lodged this detainer against you.

Very truly yours,

Michelle Hammel
Records Custodian

cc: OPRA Records File

*New Jersey Is An Equal Opportunity Employer ● Printed on Recycled and Recyclable Paper*

Copy

STATE OF NEW JERSEY
DEPARTMENT OF CORRECTIONS
PO BOX 863
TRENTON, NJ 08625

Douglas Edward Stevenson #228093 7R-99
East Side Corr. Facility
P.O. Box 10
Clio, Alabama 36017

Exhibit - C -                                    1-8-07

                                            Case No. 1:06-cv-898-
Mr. Hayes;                                              MEF.

      Thank you for your Response concerning
my detainer that has been Officially dismissed
by the Courts.

      However, The Question I asked was in
regard to the Parole Officer; did She by Chance
Give you my Case Action Summary Sheet Dc02.1932
to return to me. ?

      And What is the Parole Officer Name that
Comes here to Visit.

      I await a Response,

                        Respectfully Submitted

CC
W & S. File              Douglas E. Stevenson
                        ZZ8063    8-13-06


Yes, your case has been dismissed
by the court which means absolutely
Nothing. You will Return to New
Jersey on these cases.



            EXHIBIT - C -