IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS E. STEVENSON, #228063, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-898-MEF |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on November 27, 2006 (Court Doc. No. 10 at p. 6), in which the petitioner requests a stay of the proceedings in this case until his release from prison, and as such action is not warranted, it is

ORDERED that the motion for extension of time be and is hereby DENIED.

Done this 28th day of November, 2006.

       /s/ Delores R. Boyd
    DELORES R. BOYD
    UNITED STATES MAGISTRATE JUDGE