IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

DOUGLAS E. STEVENSON, #228063,    )
    )
    Petitioner,    )
v.    )    CASE NO. 1:06-cv-898-MEF
    )
GWENDOLYN MOSLEY., *et al.*,    )
    )
    Respondents.    )

# **O R D E R**

Upon consideration of the petitioner's "Objection and Reply to Report and Recommendation of the Magistrate Judge" (Doc. #15) filed on December 21, 2006, it is hereby

ORDERED that the objection is DENIED as moot, untimely filed and without merit.

.    DONE this the 22nd day of December, 2006.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE