IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS E. STEVENSON, #228063, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-898-MEF |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for appointment of counsel filed by the petitioner on January 18, 2007 (Court Doc. No. 17 at 4), and as the present circumstances of this case fail to warrant appointment of counsel to the petitioner, it is

ORDERED that this motion be and is hereby DENIED.

Done this 19th day of January, 2007.

                                           /s/ Terry F. Moorer
                                           TERRY F. MOORER
                                           UNITED STATES MAGISTRATE JUDGE