IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS E. STEVENSON, #228063, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GWENDOLYN MOSLEY, et al., )<br>)<br>Respondents. ) | CIVIL ACTION NO. 1:06-CV-898-MEF |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on January 18, 2007 (Court Doc. No. 17 at 4), and for good cause, it is

ORDERED that:

1. This motion be and is hereby DENIED to the extent that the petitioner seeks a general continuance of the proceedings in this case.

2. This motion be and is hereby GRANTED to the extent that the petitioner seeks an extension of time to file a response to the order entered on October 31, 2006 (Court Doc. No. 9).

3. The petitioner be GRANTED an extension to and including February 2, 2007 to file a response in compliance with the order entered on October 31, 2006 (Court Doc. No. 9).

Done this 19th day of January, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE