IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS E. STEVENSON, #228063, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06-CV-898-MEF |
| ) | |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the file in this case and for good cause, it is

ORDERED that on or before May 10, 2007 the respondents shall (i) show cause why they have failed to file a supplemental answer in compliance with the order entered on October 31, 2006 (Court Doc. No. 8), and (ii) file a supplemental answer in accordance with the directives of the aforementioned order.

Done this 30th day of April, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE