IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2008 FEB -1  P 2: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DOUGLAS E. STEVENSON,<br>AIS# 228063,<br><br>    Petitioner,<br><br>VS.<br><br><br>GWENDOLYN MOSLEY, et al.,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  1:06-CV-898-MEF<br>)<br>)<br>)<br>) |

**CONFLICT DISCLOSURE STATEMENT**

Come now Troy King and Gwendolyn Mosley, by and through Counsel
named below, and make the following disclosure regarding potential conflicts of
interest relating to those designated in this Court's General Order No. 3047:

Troy King and Gwendolyn Mosley, parties named to the above-captioned
case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules
Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in
their official capacities. Neither the Alabama Attorney General nor the Warden of
Easterling Correctional Facility possess any known affiliations that would create a

"professional or financial conflict for a judge" on this Court.


John M. Porter
Counsel for Troy King and Gwendolyn Mosley

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2008, I have filed the

foregoing with the Clerk of this Court and the same on Counsel for the Petitioner

at:

> Douglas E. Stevenson
> AIS# 228063
> Easterling Correctional Facility
> 200 Wallace Drive
> P.O. Box 10
> Clio, AL 36017

John M. Porter (POR023)

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334)  242-7300
Fax:  (334)  242-2848
E-Mail:  jporter@ago.state.al.us

375388