THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS E. STEVENSON, #228063,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | |
| v.  ) | CASE NO. 1:06-CV-898-MEF |
| ) | [WO] |
| GWENDOLYN MOSLEY, *et al.,*  ) | |
| ) | |
| Respondents.  ) | |

# **ORDER**

On October 28, 2008, the Magistrate Judge filed a Report and Recommendation (Doc. 26) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 26) of the Magistrate Judge is ADOPTED;

2. This 28 U.S.C. § 2254 petition for habeas corpus relief filed by Douglas E. Stevenson on September 28, 2006 is denied as Stevenson failed to file the petition within the one-year period of limitation set forth in 28 U.S.C. § 2254(d)(1).

3. This case be DISMISSED with prejudice..

DONE this the 19th day of November, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE