THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DOUGLAS E. STEVENSON, #228063,  )
                                                       )
              Petitioner,                          )
                                                       )
       v.                                            )          CASE NO. 1:06-CV-898-MEF
                                                       )                    [WO]
GWENDOLYN MOSLEY, *et al.,*        )
                                                       )
              Respondents.                        )

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the

ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED with

prejudice.  The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 19th day  of November, 2008.


                                        _____
                                        /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE